# LEE DAVID KLEIN, ESQ
### ATTORNEY AT LAW
11 MARKET STREET, SUITE 204
POUGHKEEPSIE, NEW YORK 12601

TEL: (845) 454-9200
FAX: (845) 454-6612
EMAIL: LKLEIN@LKLEIN-LAW.COM

MEMBER NY AND CT BAR

THIS FIRM DOES NOT ACCEPT
SERVICE BY FACSIMILE TRANSMISSION

SUSAN SAMMUT, LEGAL ASSISTANT

December 27, 2007

*Memo Endorsed*

**VIA FACSIMILE TO: 914-390-4085**
**AND REGULAR MAIL**

Hon. Charles L. Brieant
United States District Judge
United States District Court, Southern District of New York
United States Courthouse
300 Quarropas Street, Room 633
White Plains, New York 10601-4150
Attn: Ms. Alice Cama, Deputy Clerk

*Denied*
*So Ordered*
*Jan 2, 2008*
*Charles L. Brieant U.S.D.J.*

Re: **Eric K. Merring v. the Town of Tuxedo, New York, the Town of Tuxedo Police Department, Town of Tuxedo Police Officer Anthony Delia, Shield Number 24, Town of Tuxedo Police Sergeant Patrick Welsh, Shield Number 17**
United States District Court, Southern District of New York
Index Number: 07CV10381
Court Conference Date: January 18, 2008, at 9:00 a.m.

Dear Ms. Cama:

I represent the plaintiff in connection with the above-referenced matter, which is currently scheduled for conference as referenced above.

This correspondence will serve to confirm my request for a rescheduling to January 15, 2008, at 9:00 a.m., with consent from John Walsh, Esq., the attorney for the defendants, due to my scheduling requiring me to be in your Court on January 15, 2008, on another matter, at 11:00 a.m., for mediation in the matter of **Arlen Lamar Haymes, Sr. v. The Town of Poughkeepsie, The**

Hon. Charles L. Brieant
United States District Judge
United States District Court, Southern District of New York
United States Courthouse
Attn: Ms. Alice Cama, Deputy Clerk
Page 2

**Town of Poughkeepsie Police Department, Melchiorre Bruschetti, Brian Plotti, Matthew Orser, Michael Clear and Colin Bell, 06 CIV. 7751.**

Please advise if this new date and time is acceptable to the Court.

Thank you for your assistance in this matter.

                                            Sincerely,

                                            Lee David Klein

LDK:ss
cc:    John Walsh, Esq. (via facsimile & regular mail)
        Client