LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET, SUITE 204
POUGHKEEPSIE, NEW YORK 12601

TEL: (845) 454-9200
FAX: (845) 454-6612
EMAIL: LKLEIN@LKLEIN-LAW.COM

MEMBER NY AND CT BAR

THIS FIRM DOES NOT ACCEPT
SERVICE BY FACSIMILE TRANSMISSION

SUSAN SAMMUT, LEGAL ASSISTANT

January 3, 2008

**VIA FACSIMILE TO: 914-390-4085**
**AND REGULAR MAIL**

Hon. Charles L. Brieant
United States District Judge
United States District Court, Southern District of New York
United States Courthouse
300 Quarropas Street, Room 633
White Plains, New York 10601-4150
Attn: Ms. Alice Cama, Deputy Clerk

    Re:     **Eric K. Merring v. the Town of Tuxedo, New York, the Town of Tuxedo Police Department, Town of Tuxedo Police Officer Anthony Della, Shield Number 24, Town of Tuxedo Police Sergeant Patrick Welsh, Shield Number 17**
United States District Court, Southern District of New York
Index Number: 07CV10381
Court Conference Date: January 18, 2008, at 9:00 a.m.

Dear Ms. Cama:

    I represent the plaintiff in connection with the above-referenced matter.

    This correspondence will serve to confirm your telephone conversation of January 3, 2008, with my Legal Assistant, Suzy, wherein my request for an adjournment, has been granted. The new Court conference date is January 25, 2008, at 9:30 a.m.

    As directed by the Court, by copy of this correspondence, I am forwarding the same and requesting that John Walsh, Esq., attorney for defendants, advise the undersigned and the Court of

Hon. Charles L. Bricant
United States District Judge
United States District Court, Southern District of New York
United States Courthouse
Attn: Ms. Alice Cama, Deputy Clerk
Page 2

his availability for the scheduling of the same for the new date of January 25, 2008, so that the same may be confirmed to the Court.

    Thank you for your assistance in this matter.

                        Sincerely,

                        Lee David Klein

LDK:ss
cc:    John Walsh, Esq. (via facsimile & regular mail)
       Client