

HODGES WALSH & SLATER, LLP
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-0000
www.hwslaw.com

John J. Walsh II, Esq.
Direct E-Mail: jwalsh@hwslaw.com

**MEMO ENDORSED**

February 22, 2008

Judge Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
VIA FAX: 914-390-4085

      Re:    Merring v. Town of Tuxedo
      Our File No: 053-143 JJW
      07 CV 10381 CLB

Honorable Sir:

Due to weather conditions, and with the consent of the attorneys for all parties, and with hoped for permission from Your Honor, the deposition of the plaintiff scheduled to be conducted in the above matter on February 22, 2008 is being adjourned and will be rescheduled within the next two weeks. It is also requested that defendants' time to make a Qualified Immunity Motion be extended to 30 days after completion of the plaintiff's deposition.

Thank you for your attention.

Most respectfully yours,

John J. Walsh

*Application Granted*

SO ORDERED: _Charles Brieant_
2/25/08

Cc: Lee David Klein, Esq.