UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERIC K. MERRING,

                        Plaintiff,                        NOTICE FOR
                                                               DISCOVERY AND
   - against –                                        INSPECTION
                                                                Cv. No. 10381 CLB

THE TOWN OF TUXEDO, NEW YORK, THE TOWN OF
TUXEDO POLICE DEPARTMENT, TOWN OF TUXEDO
POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER
24, TOWN OF TUXEDO POLICE SERGEANT PATRICK
WELSH, SHIELD NUMBER 17,

                        Defendants.
------------------------------------------------------------------X

       PLEASE TAKE NOTICE, that pursuant to the FRCP, demand is hereby made upon you to produce and disclose to the undersigned the following material at the undersigned's office within 20 days from the date of service here of, at which time the material will be examined and photocopied if necessary.

      1.    A duly executed and acknowledge authorization permitting the defendants to obtain the non-privileged portions of the file from Patrick Benn at Estrin & Benn in New York City.

DATED:    White Plains, New York
                March 10, 2008

                                              Yours, etc.

                                              HODGES, WALSH & SLATER LLP
                                              By:_____
                                                  Stephen Slater (1953)
                                             Attorneys for Defendants

                                                    THE TOWN OF TUXEDO, NEW YORK, THE TOWN OF TUXEDO POLICE DEPARTMENT, TOWN OF TUXEDO POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER 24, TOWN OF TUXEDO POLICE SERGEANT PATRICK WELSH, SHIELD NUMBER 17
55 Church St.
White Plains, N.Y.  10601
(914) 385-6000

TO:   Lee David Klein, Esq.
       Attorney for Plaintiff
       11 Market Street, Suite 204
       Poughkeepsie, New York 12601
       (845) 454-9200

**VIA FIRST CLASS MAIL**

STATE OF NEW YORK        )
                         SS.:)
COUNTY OF WESTCHESTER    )

    LAURA MALFETANO being duly sworn, deposes and says:

    I am employed by the law firm of HODGES, WALSH & SLATER, LLP, counsel for Defendant in the above action and I am over the age of 18 years and I am not a party to this action. On March 10, 2008 I served a true copy of the annexed NOTICE FOR DISCOVERY & INSPECTION in the following manner: by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of all attorneys in this action as indicated below:

TO:   Lee David Klein, Esq.
        11 Market Street, Suite 204
        Poughkeepsie, New York  12601

_____
                      Laura Malfetano

Sworn to before me this
10th day of March, 2008

_____
Notary Public
        STEPHEN SLATER
  Notary Public, State of New York
    4894305 Westchester County
  Commission Expires 4-20-20__