

## HODGES WALSH & SLATER, LLP

ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwslaw.com

John J. Walsh II, Esq.
Direct E-Mail: jwalsh@hwslaw.com

March 18, 2008

Judge Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
VIA FAX: 914-390-4085



Re:   Merring v. Town of Tuxedo
Our File No:  053-143 JJW
07 CV 10381 CLB

Honorable Sir:

We write to request a further extension of time to make a Qualified Immunity Motion in the above matter. Paul Svensson of our office has been working on the motion, and presently has the file at his home in Fishkill. Unfortunately, and most unexpectedly, his wife has become gravely ill and, as is appropriate, he finds his attention focused on her well being.

In light of the above, plaintiff's attorney has graciously agreed to extend the time within which we are required to file the Qualified Immunity Motion an additional 30 days to April 15, 2008.

Thank you for your consideration.

Most respectfully yours,

John J. Walsh

SO ORDERED: _Charles L. Brieant J_
              Charles L. Brieant, U.S.D.J.