UNITED STATES DISTRICT COURT  ECF
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------)(
ERIC K. MERRING,

                      Plaintiff,                  CVNO.:
                                                         07 CV 10381 CLB

     -against-
THE TOWN OF TUXEDO, NEW YORK, THE TOWN OF
TUXEDO POLICE DEPARTMENT, TOWN OF TUXEDO     AFFIDAVIT
POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER   OF SERVICE
24, TOWN OF TUXEDO POLICE SERGEANT PATRICK
WELSH, SHIELD NUMBER 17,                      Assigned to:
                                                          Hon. Charles L. Brieant,
                     Defendants.              United States District Judge

------------------------------------------------------------------)(

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF DUTCHESS  )

       SUSAN SAMMUT, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Rhinebeck, New York; that on the 28th day of March, 2008, deponent served a true and correct copy of an AMENDED COMPLAINT WITH JURY DEMAND, in this matter upon:

John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
Attorneys for Defendants
55 Church Street, Suite 211
White Plains, NY 10601

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: 1845) 454-9200

at the address designated by said attorney(s) for that purpose via Federal Express.

_____
SUSAN HAMMUT

Sworn to before me this
28th day of March, 2008

_____
Notary Public

LEE DAVID KLEIN
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires Oct. 14, 20__

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (84S) 454-9200

2