LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET, SUITE 204
POUGHKEEPSIE, NEW YORK 12601

TEL: (845) 454-9200
FAX: (845) 454-6612
EMAIL: LKLEIN@LKLEIN-LAW.COM

MEMBER NY AND CT BAR

THIS FIRM DOES NOT ACCEPT
SERVICE BY FACSIMILE TRANSMISSION

SUSAN SAMMUT, LEGAL ASSISTANT

May 1, 2008

**VIA FACSIMILE TO: 914-390-4085**
**AND REGULAR MAIL**

Hon. Charles L. Brieant
United States District Judge
United States District Court, Southern District of New York
United States Courthouse
300 Quarropas Street, Room 633
White Plains, New York 10601-4150
Attn: Ms. Alice Cama, Deputy Clerk

Re: **Eric K. Merring v. the Town of Tuxedo, New York, the Town of Tuxedo Police Department, Town of Tuxedo Police Officer Anthony Delia, Shield Number 24, Town of Tuxedo Police Sergeant Patrick Welsh, Shield Number 17**
**United States District Court, Southern District of New York**
**Index Number: 07CV10381**
**Motion Return Date: May 16, 2008, at 10:00 a.m.**

Dear Ms. Cama:

I represent the plaintiff in connection with the above-referenced matter, in which defendants' Motion is returnable as above referenced.

This correspondence will serve to confirm your telephone conversation with my Legal Assistant, Suzy, on May 1, 2008, wherein my request for a one (1) month adjournment of the return date, with consent from John J. Walsh, Esq., attorney for defendants.

The new Motion return date is Friday, June 20, 2008, at 10:00 a.m.

Hon. Charles L. Brieant
United States District Judge
United States District Court, Southern District of New York
United States Courthouse
Attn: Ms. Alice Cama, Deputy Clerk
Page 2

    Thank you for your assistance in this matter.

                Sincerely,

                Lee David Klein

LDK:ss
cc:    John Walsh, Esq. (via facsimile & regular mail)
       Client