EXHIBITH

In The Matter of the Claim of

*ERIC* K. MERRING

against

The Town of Tuxedo Police Department and The Town of Tuxedo

---

## NOTICE OF CLAIM

---

TO:    Hon. Peter Dolan                          Hon. Elaine Laurent
       Town Supervisor                           Town Clerk
       Town of Tuxedo                            Town of Tuxedo
       Town Hall                                 Town Hall
       1 Temple Road                             1 Temple Road
       Tuxedo Park, NY 10987                     Tuxedo Park, NY 10987

---

PLEASE TAKE NOTICE, that *ERIC* K. MERRING has a claim and hereby makes this claim against the Town of Tuxedo Police Department and the Town of Tuxedo, for damages sustained by him on account of a violation of his rights and civil rights under New York State and Federal Law, and under the New York State and the United States Constitutions, and in support thereof, the claimant states:

I.    The post office address of the claimant is 504 Old Mill Road, Southfields, NY 10975.

2.    The name and address and telephone number of the attorney for the claimant are Lee David Klein, Esq., 11 Market Street, Suite 204, Poughkeepsie, New York 12601, 845-454-9200.

3.    The claim is for personal injuries and damages sustained by *said*

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601
———
TEL: (845) 454-9200

claimant through the actions of certain police officers and members of the Town of

Tuxedo Police Department, who acted in violation of the said claimant's rights under New

York State and Federal Law and under the New York State and the United States

Constitutions, and through the negligence of the Town of Tuxedo, as hereinafter set forth.

4.      The time when the claim arose and the time when the injuries

hereinafter alleged were sustained were approximately 9:00 a.m., on December 4, 2006.

The particular places of the sustaining of the injuries resulting in the claim hereby were

on Stone Ridge Road, in the Town of Tuxedo, County of Orange, State of New York, off

of south bound Route 17; inside of a Town of Tuxedo Police Department motor vehicle,

in route from the aforesaid location to the Town of Tuxedo Police Department

headquarters, located at 1075 State Route 17, Town of Tuxedo, New York 10987; and

inside the Town of Tuxedo Police Department headquarters.

5.      The manner in which said claim arose is as follows:

a.      Claimant, possessing a valid New York State driver's

license and a valid New York State "carry" pistol permit, was operating his motor vehicle

in the Town of Tuxedo on south bound Route 17. A uniformed member of the Town of

Tuxedo Police Department, in a marked police vehicle, . undertook a vehicle and traffic

stop, and the claimant pulled over just past the Duck Cedar Inn on Stone Ridge Road in

the Town of Tuxedo. The officer pulled in behind the claimant.. The officer, in an angry

manner, asked for the claimant's driver's license, registration, and insurance card, and the

claimant complied. Claimant advised the officer that he was carrying a duly licensed

handgun and that he had it on his person. The officer inquired as to a reason for his being

LEE DAVID KLEIN, ESQ.
ATTORNEY AT LAW
I\ MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601
TEL l845l4S4l9200

2

armed. The claimant advised that he has a full carry permit, and that he was on his way to his employment at a sporting goods store. The officer claimed that this was not a valid reason. The officer made a cellular phone telephone call, and another Town of Tuxedo Police vehicle pulled in behind the claimant with emergency lights flashing. A Town of Tuxedo Police Sergeant approached the vehicle and inquired as to the reason that claimant was carrying his duly licensed handgun. The claimant responded in the same manner that he responded to the previous officer, that he has a full unrestricted license to carry a handgun in New York State, issued by Delaware County, and that he was also on his way to his employment at a sporting good store, which sells firearms. The Sergeant replied that that was not a valid reason. The Sergeant directed the claimant to step out of his vehicle. The claimant asked why. The Sergeant physically took the claimant out of the car and told him to put his hands up. The Sergeant then conducted a search of the claimant's person. The Sergeant removed the handgun from its holster on the person of the claimant. The Sergeant then began to search the claimant, and retrieved a legal folding knife, and claimed it was an illegal knife, claiming that it was a gravity knife, which can be opened by gravity or centrifugal force. The Sergeant then advised the claimant to put his hands behind ills back and advised him that he was under arrest. When the claimant inquired on what charge, the Sergeant advised him that he was in possession of a gravity knife, which is illegal in New York State. The claimant was then placed in handcuffs behind his back and placed in the back of the Police Officer's patrol car. Then, without any consent from the claimant, both the Sergeant and the Police Officer conducted an illegal search of the claimant's motor vehicle, retrieving an old stick.

LEE DAVID KLEIN, ESC
AnORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601
TH: 18A5J 454-9200

3

The Sergeant advised the claimant that he was going to be charged for that as well. The Sergeant inquired repeatedly thereafter as to the claimant's valid reason for having a firearm on his person, to which claimant responded repeatedly that he had a full unrestricted license to carry a firearm, in response to which the Sergeant claimed that he did not have a valid reason for being armed. The Sergeant inquired as to whether the claimant had any weapons at his girlfriend's house, and asked him if there any automatic weapons there, to which the claimant responded in the negative. The Sergeant inquired as to the licensing process in New York State, to which the claimant responded as best as he could. The claimant's vehicle was towed by the Police Department without his permission.

             b.      The claimant was taken in the Police Officer's motor vehicle to the Town of Tuxedo Police Department.

             c.      The Police Officer directed the claimant to sit down at a desk. The Sergeant then presented the claimant with a copy of the New York State Penal Law and directed the claimant to read it. The claimant did and advised that it did not apply to him. The Sergeant got angry and told the claimant: "Yes, it fucking does. I've been doing this for eleven (11) years. I know what I am doing. Eight (8) of those years as Sergeant." The claimant removed his gun belt, emptied his pockets, and then the Sergeant directed the claimant to a holding cell. The claimant was then held in a holding cell. The Sergeant repeatedly came to the claimant, inquiring as to the licensing system for handguns in New York State. The Sergeant responded that he did not like guns, that he hated guns, that he hated the fact that the claimant had a gun and that the claimant was

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845)454-9200

4

"with the NRA." The claimant responded that the Sergeant had a gun. The Sergeant responded, in sum and substance: "I am a good shot."

d.    Approximately twenty (20) minutes later, the Sergeant came, opened the door, and the claimant was subjected to the booking process, including fingerprinting and photographing, and then was seated with the Sergeant for further paperwork regarding arrest processing to be finalized. The Sergeant directed the claimant to post $100.00 bail. It was only at that time that the Police Officer advised about the speeding ticket, claiming that claimant was going 69 mph in a 55 mph zone, and then the Police Officer yelled loudly at the claimant: "Get out of my office." The claimant was allowed to leave after he had been charged with a violation of Penal Law Section 265.01, criminal possession in the fourth degree, a Class A misdemeanor, and given an appearance ticket for the same, directing him to appear in the Town of Tuxedo Justice Court on December 28, 2006, at 4:30 p.m. Copies of the Information and Appearance Ticket are annexed hereto as Exhibit A. Claimant was also issued a Uniform Traffic Ticket No.: MDT200533K, charging him with Vehicle and Traffic Law Section 1180(b), speed over 55 mph zone, going 72 mph in a 55 mph zone, a traffic infraction. A copy of said Uniform Traffic Ticket is annexed hereto as Exhibit B.

e.    On January 25, 2007, before the Hon. Hume Styer, Town of Tuxedo Justice Court, both of the aforesaid charges were resolved as follows: the claimant pleaded guilty to a violation of Vehicle and Traffic Law Section 1201(a), stopping or parking on the pavement, a traffic infraction, and a fine of $100.00 was imposed, which was paid by the claimant at Court. The charge of criminal possession of

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

5

a weapon in the fourth degree, the Class A misdemeanor, under Vehicle and Traffic Law Section 265.01, was dismissed. A copy of the Certificate of Disposition is annexed hereto as Exhibit C.

6.      Claimant was the subject of an unlawful, unwarranted, and illegal detention and arrest, and an unlawful, unwarranted, and illegal search and seizure of his motor vehicle and of his personal property.

7.      Claimant suffered the pain and humiliation of publically being taken into police custody; placed in handcuffs; placed in the back of a police vehicle; transported to the Town of Tuxedo Police Department; subjected to the arrest and bookkeeping process; being placed in a holding cell; being required to be fingerprinted and photographed; suffered humiliation and harassment for the repeated inquires by members of the Town of Tuxedo Police Department regarding the claimant's lawful behavior; suffered being deprived of his personal property with no legal basis in violation of his civil rights pursuant to the Constitutions and law of both New York State and the United States; suffered the damages of having to retrieve his towed vehicle, reflected in a receipt from Tuxedo Autobody, Inc., dated December 4, 2006, a copy of which is annexed hereto as Exhibit D; suffered the consequences of being falsely arrested and falsely charged; and sustained the damages of incurring legal fees for legal counsel to represent him in defending against these unwarranted charges. All of the foregoing caused the claimant to sustain injuries and personal injuries.

8.      Upon information and belief, said Police Officer and/or Sergeant notified the Delaware County Sheriff regarding such arrest, resulting in an Order being

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
1' MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (BAS) '54-9200

6

issued by a Delaware County Judge, a copy of which is annexed hereto as Exhibit E, suspending claimant's pistol permit, reflecting a conspiracy on the part of said officers to deprive claimant of his civil rights, his rights under New York State and federal law and the New York State and United States Constitution.

9.    The said personal injuries and damages were caused wholly and solely as a result of the intentional unlawful acts of the members of the Town of Tuxedo Police Department, and the negligence of the said Department and the Town of Tuxedo in that its agents, employees, and servants, failed to take proper precautions to ensure that such illegal detention, arrest, and search, did not take place, and that the illegal and false arrest not occur, and that their personnel were not properly trained and supervised in connection with the lawful manner in which such matters should be handled.

10.    Claimant solely by reason of the illegal acts and misconduct of the Town of Tuxedo Police Officers and the negligence of the Town of Tuxedo as aforementioned sustained the following injuries: embarrassment and public humiliation; unlawful deprivation of his personal property and unlawful detention of his person; false arrest in violation of his rights under New York State and Federal law and the New York State and United States Constitutions.

WHEREFORE, claimant requests that the said Town of Tuxedo Police Department and the Town of Tuxedo honor and pay the claim of ERIC K. MERRING.

Dated: Poughkeepsie, New York
      February 8, 2007

ERIC K. MERRING

7

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204,
POUGHKEEPSIE
NEW YORK 12601

TEL: 4845)454-9200

## VERIFICATION

**STATEOFNEWYORK** )
)ss.:
**COUNTY OF DUTCHESS**)


**ERIC K. MERRING,** being duly sworn, deposes and says:

I am a claimant in the within action; I have read and know the contents of the foregoing NOTICE OF CLAIM; and the same is true to my knowledge, except as to the matters therein stated to be alleged on information and belief; and as to those matters, I believe it to be true.

ERIC K. MERRING

Sworn to before me this
8th day of February, 2007.

Notary Public

LEE DAVID KLEIN
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires Oct. 14, 20_

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

8

STATE OF NEW YORK

_TOWN_ _____ COURT

COUNTY OF _ORANGE_

TO'W N _____ of _TUXEDO_

Defendant: _NA_ _____
(Relationship to alleged victim)

Alleged Victim: _NA_ _____
(Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK

--VS.-

_ERIC K MERRING_

Date of Birth

12 10 31 1969

Defendant(s)

**INFORMATION**

<table>
<tr><td>A<br>C<br>C<br>U<br>S<br>A<br>T<br>I<br>O<br>N</td><td>

BE IT KNOWN THAT, by this _INFORMATION_ ____ , A _DELIA_

as the Complainant herein, _STATIONED_ at _TUXEDO TOWN POLICE DEPT._

accuses the above mentioned Defendant(s), with having committed the _MISDEMEANOR_

of _CRIM POSS WEAP-4TH DEG_ ____ in violation of Section _265.01_

Subdivision ____ of the _PENAL_ ____ Law of the State of New York.

That on or about _1--04 12-0 0 6_ at about _09:08 AM_

in the _TOWN_ ____ of _TUXEDO_ ____ , County of _ORANGE_ ____ , the defendant(s)

*A PERSON IS GUILTY OF CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE WHEN: (1) HE POSSESSES ANY FIREARM, ELECTRONIC DART GUN, ELECTRONIC STUN GUN, GRAVITY KNIFE, SWITCHBLADE KNIFE, PILUM BALLISTIC KNIFE, METAL KNUCKLE KNIFE, CANE SWORD, BILL Y, BLACKJACK, BLUDGEON, METAL KNUCKLES, CHUKA STICK, SAND BAG, SANDCLUB, WRIST-BRACE TYPE SLINGSHOT OR SLUNG SHOT, SHIRKEN OR "KUNG FU" STAR.*

</td></tr>
<tr><td>F<br>A<br>C<br>T<br>S</td><td>

*AT THE AFOREMENTIONED DATE AND PLACE THE DEFENDANT DID IN FACT POSSESS A GRAVITY KNIFE IN HIS LEFT FRONT POCKET OF HIS JEANS, AS WELL AS A BILLY CLUB UNDER THE FRONT PASSENGER SEAT OF HIS VEHICLE. ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASE MADE AND PROVIDED.*

The above allegations of fact are made by the Complainant herein on direct knowledge and/or upon information and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the attached SUPPORTING DEPOSITION(s) of:

WHEREFORE, Complainant prays that a Warrant be issued for the arrest of the said Defendant(s).
--OR--
WHEREAS, an Appearance Ticket was issued to the said Defendant, directing him to appear before this court at _04:30 PM_ on _DECEMBER_ 28, _2006_

</td></tr>
<tr><td>N<br>O<br>T<br>I<br>C<br>E</td><td>

**In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor.** (PL 210.45)

Affirmed under penalty of perjury

this _4_ th day of _DECEMBER_ , _2006_

--OR--

Subscribes and sworn to before me this ____ day of ____ , 20 ____

*Anthony Dillin*

COMPLAINANT -

</td></tr>
</table>

# APPEARANCE  TICKET*

Issued To:

ERIC K MERRING

12/03/1969

NAME OF DEFENDANT

DATE OF BIRTH

343 BOB HOLLOWAY RD          DELANCEY              NY              13752

STREET AND NUMBER          CITY OR TOWN          STATE          ZIP CODe

You are hereby directed to appear in the court described below on

12/28/2006    at    04:30 PM          in connection with your alleged

commission of the offense of    CRIM POSS WEAP -4TH DEG          contrary to the

provisions of section    265.01          of the          PENAL          law.

Name of court    TUXEDO TOWN COURT

Location of court    1 TEMPLE DRIVE BOX 605    TUXEDO          NY    10987

Issued and subscribed by:

• NOTE- If you fail to appear on the date and at the time
indicated, the court may issue a summons or warrantfor your
arrest (Criminal Procedure law Section 150.60).

~ ~          0024

SIGNATURE OF MEMBER          SHIELD

If you have posted bail, the bail will become forfeit upon your
failure to comply, with the directions of this ticket (Criminal
Procedure Law Section 150.30).

TZS / DIVISION/PRECINCT

12/04/2006

DATE ISSUED



Exhib

New York State - Department of Motor Vehicles
UNIFORM TRAFFIC TICKET

## MDT200533K

POLICE AGENCY

TOWN OF TUXEDO POLICE
L~~~OhC;C~~~~

To be completed by Police Officer
and given to Motorist

### TO PLEAD BY MAIL (NOT TO BE USED FOR MISDEMEANORS)

| LastName((?=s;lN.) | FirstJdns. | M I |
|---|---|---|
| MERRING | ERIC | K |

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.

| Mailing am Sts-. | Apt No. | Elndg; us; &P.wn. |
|---|---|---|
| 343 BOB HOLLOWAY RD | | (~ |

- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.

| City | State | Zip Code | Owner Oper | UC ejass |
|---|---|---|---|---|
| DELANCEY | NY | 13752 | ● | 0 |

- Mail this form to the Court noted on this ticket, by Registered, Certified, or First Class Mail, with Return Receipt Requested.

| CL;1t'10 NUm(let | Sex | Date~E.~.;r;~ |
|---|---|---|
| 703030998 | M | 12/03/2011 |

- DO NOT use this form for Misdemeanors or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.

| ue; S];z19 | DaL' or ~ | V-h T_;;; | Year | Make |
|---|---|---|---|---|
| NY | 12/03/1969 | 1 | 1987 | CADI | MR |

- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

| PlaIN[m]:o~ | R~J; 9%?,~ | Registration Expires |
|---|---|---|
| CSE5066 | NY | 01/19/2008 |

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

### SECTION A • PLEA OF GUILTY

| Y_me | Day; M 0;9;z5)~ | ;n s; .Tpale; OF |
|---|---|---|
| 9:03 AM | 1210412006 | NY; V AND T LAW |

To the Court listed on the other side of this ticket:

| S~~~oo5au&s;b;0| | Tr Jfir Msid | PH=Y1 |
|---|---|---|
| 1180B | \; 1~; | 72 |

b~5Hu;

I, resid~~~~~~~~

| Descriptiwn of Vio;Kod |
|---|
| SPEED OVER 55 ZONE |

US DOT'

have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty, =)ed by the court.

| Com Veh | Bus | Haz Mat |
|---|---|---|
| O | O | O |

Additionally, I make the following statement of e)(planation (optional):

| Re;fis q; 0;sen~ece |
|---|
| RT 17 SIB |

| Hwy No. | LOcf;n. |
|---|---|
| 17 | 3665 |

_____ _____

| CitN/Teser;;; | firtme~ |
|---|---|
| TUXEDO, TOWN OF • 3665 | ORANGE |

| H;q?no;p | H(~s~)RI |
|---|---|
| 2 | 03565 |

All statements are made under penalty of perjury.

| AfftR-EC; UH)EE? PENALTV OF PERJeu? |
|---|
| ~.-0-~. =f).a~. |

| Coal-Atfmn/Ed | OH Assign; |
|---|---|
| 12/04/2006 | 1 |

Date: _____     Signed: _____

| DI?-*t; p?:;:anw? |
|---|

| 7>;JTesT?~ |
|---|
| 1- PATROL |

### SECTION B - PLEA OF NOT GUILTY

| OtiWs~ Lac5 mm;of |
|---|
| DELIA |

| Bac;tas/Bbl+Hcl | 0024 |
|---|---|

~~~~~~~~~ The following notice applies to you jHhe officer did not issue you a supporting deposition with your ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

| R&da*oetee~ ?a;J;latw~ |
|---|

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW

|  | Yes O | No O |
|---|---|---|

TUXEDO TOWN COURT

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?   NO  O

SPEEDING (Gen 101)   O

| Address |
|---|
| 1 TEMPLE DRIVE BOX 605 |

GENERAL (Gen IOIA)   O

| City | State | Zip |
|---|---|---|
| TUXEDO | NY | 10987 |

Sigaature _____

| (i) | RETURN BY MAIL BEFORE OR IN PERSON ON: | Date 01/11/2007 | Time 4:30 PM |
|---|---|---|---|
| (ii) | MUST APPEAR IN PERSON | | |

Address _____

A PLEA OF GUILTY TO THIS CHARGE IS
EQUIVALENT TO A CONVICTION AFTER TRIAL. IF
YOU ARE CONVICTED, NOT ONLY WILL YOU BE
LIABLE TO A PENALTY, BUT IN ADDITION YOUR
LICENSE TO DRIVE A MOTOR VEHICLE OR
MOTORCYCLE, AND YOUR CERTIFICATE OF
REGISTRATION, IF ANY, ARE SUBJECT TO
SUSPENSION AND REVOCATION AS PRESCRIBED
BY LAW.

City _____ State _____ lip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your trial date.

APPLICANTS UNDER 18 YEARS OF AGE
MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.

Name of Parent or Guardian _____

Address _____

Upon conviction you may be subject to a mandatory surcharge in the amount prescribed by 18%

City _____ State _____ lip Code _____

~o;'r fajlur~ to re~P?n~. ~m result in u ~ufmae fOf your arrest or suspension of your driver's.

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF
YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.