Exhibit C

# CERTIFICATE OF DISPOSITION

STATE OF NEW YORK
ORANGE COUNTY

TUXEDO TOWN COURT
CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK
    VS.
ERIC K. HERRING;   Defendant
CASE NO: 06120065

Date of Birth:     12/03/1969
Date of Arrest:    12/04/2006
Disposition Date:  01/26/2007

JC501 no: 31980927L
NYSID no: 6057113Q

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 265.01 | PL 265.01 | APPEARANCE CRIM pas WEAP-4 | Dismissed | 0.00 | 0.00 | 0.00 |
| VTL 118008 | VTL 1201 OA | MDT200533K STOP/PARK VIOL | FINE | 100.00 | 0.00 | 0.00 |

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 5th day of February 2007

_____
COURT CLERK

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be diVUlged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA

Exhibit 0

**TUXEDO AUTO BODY, INC.**
COMPLETE COLLISION REPAIR
Route 17   P.O. Box 155
SOUTHFIELDS, NEW YORK 10975
(914) 351-5261

| | | |
|---|---|---|
| om 12/4/06 | TIME    A.M. / P.M. | REQUESTED BY |

CONDITION OF VEHICLE

NAME: MARRIN

ADDRESS: | ZIP:

| MILEAGE | SERVICE TIME | EXTRA PERSON |
|---|---|---|
| FINISH | FINISH | FINISH |
| START | START | STAAT |
| TOTAL | TOTAL | TOTAL |

| YEAR | MAKE / MODEL / COLOR | DRIVER |
|---|---|---|
| 87 | CAD wg | |
| STATE | LIC. NO. | VEHICLE I.D. NO. |

- SLING/HOIST TOW
- WHEEL LIFT
- FLAT BED/RAMP
- START
- LOCKOUT
- FLAT TIRE
- OUT OF GAS
- WRECK
- RECOVERY

SPECIAL EQUIPMENT
- SINGLE LINE WINCHING
- DUAL LINE WINCHING
- SNATCH BLOCKS
- SCOTCH BLOCKS
- DOLLY

VEHICLE TOWED TO:

REMARKS: Impound Tow

| | |
|---|---|
| MILEAGE CHARGE | |
| TOWING CHARGE | 100 : 00 |
| LABOR CHARGE | |
| STORAGE CHARGE | |
| TX | 8 13 |
| TOTAL | 108 13 |

OPERATOR'S SIGNATURE
AUTHORIZED SIGNATURE

**Road Service**

1862    To Reorder C811  1-800-225-6380    PRODUCT 613    F

Exhibit

ZUalJW 15 Pi'; I: 1;1
DELAWARE COUNTY CLERK

At a Special Term of the County Court of the State of New York held in and for the County of Delaware at Delhi, NY, an January ~ 2007.

PRESENT: Hon. Carl F. Becker

In the Matter of the License to Carry or Possess Pistols and Revolvers of

ERIC K. MERRING

ORDER SUSPENDING LICENSE

INDEX NO. 2007 . 06!

A License pursuant to Section 400.00 of the Penal Law having heretofore been issued by the Court on April 1Z, 1988, bearing No. 9413, and it appearing that there is good cause to suspend such License because Eric K. Merring was arrested on December 4, 2006, and arraigned in the Town Court of the Town of Tuxedo, New York, on the charge of Criminal Possession of a Weapon in the 4th Degree, in violation of Section 265.01(01) of the Penal Law of the State of New York;

NOW, THEREFORE, it is

ORDERED, that the License of Eric K. Merring to possess or carry a pistol or revolver is hereby SUSPENDED, effective immediately, pending disposition of the above charge and further Order of this Court; and it is further

ORDERED, that the said Eric K. Merring is hereby DIRECTED to deliver into the possession of the Delaware County Sheriff, or the New York State Police, immediately upon request of a Police Officer, or if no such request is made, then at or before 5:00 o'clock P.M. on the third day following the date of delivery to him of a copy of this Order, the following:

1. His License to carry Drpossess a pistol or revolver; and

2. Any and all pistols or revolvers which are currently in the possession or control of the said Eric K. Metring and which are not antique firearms as defined in the Penal Law of the State of New York.

ENTER

_Q~9_
Carl F. Becker, JeC

DATED: Delhi, New York
January ...ifL.> 2007

| | | |
|---|---|---|
| Kimber | 45ACP | Serial No. K062146 |
| H&R | 2V22MA | Serial No. AY049407 |
| S&W | 9nnn | Serial No. IDH9044 |
| Ruger | 22/22MA | Serial No. 261-80682 |
| Ruger | 357 MAG | Serial No. 172-69114 |
| Ruger | 44 | Serial No. 500-88105 |
| S&W | 45ACP | Serial No. VBS7971 |
| Davis | 38 SPL | Serial No. 0112514 |
| Beretta | 22LR | Serial No. BES21780U |
| Ruger | 22 | Serial No. 263-36434 |
| Walther | 380 | SerialNo. 8037498 |
| Colt | 357 MAG | Serial No. T69718 |
| S&W | 357 MAG | Serial No. 143K800 |
| S&W | 44 MAG | Serial No. N311202 |
| Interarms | 22LR | Serial No. HOO1515 |
| Colt | 357 MAG | Serial No. *K40292* |
| Ruger | 357 MAG | Serial No. 173-64507 |

In The Matter of the Claim of

ERIC K. MERRING

       against

The Town of Tuxedo Police Department and Town of Tuxedo

---

## NOTICE OF CLAIM

---

LEE DAVID KLEIN, ESQ.
*Attorneys for Claimant*
*Office and Post Office Address, Telephone*
11 Market Street, Suite 204
Poughkeepsie, New York 12601
(845) 454-9200

---

## PLEASE TAKE NOTICE

| | |
|---|---|
| _____ <br> Notice of Entry | that the within is a (certified) true copy of a entered in the Office of the Clerk of the within named Court on |
| _____ <br> Notice of Settlement | that an Order of which the within is a true copy will be presented for settlement to the Hon. one of the Judges of the within named Court, at , on a.m./p.m. |