**EXHIBIT I**

Case 7:07-cv-10381-CS    Document 18-5    Filed 07/07/2008    Page 1 of 3

# ERRATA SHEET

I, ERIC K. MERRING, *have read the transcript of my testimony and would like the following changes:*
(Print Name)

| PAGE | LINE | CHANGE FROM: | CHANGE TO: |
|---|---|---|---|
| 13 | 10 | ...over for 40 miles an hour in — ... | ...over for 50 miles an hour in 34 ... |
| 13 | 17 | ... Delio. | ... Delia. |
| 14 | 8 | ... Delio. | ... Delia. |
| 16 | 20 | Yeah, because I have added pistols prior (sic) to ... | Yeah, because I have added pistols subsequent ... |
| 17 | 14 | Around 15. | 14. |
| 20 | 2 | Approximately two, two and half months later. | Approximately a month and a half later. |
| 24 | 4 | 1987 Cadillac Fleetwood Brom. | 1987 Cadillac Fleetwood Braugham. |
| 31 | 2 | ... Delio. | ... Delia. |
| 32 | 14 | Officer Delio ... | Officer Delia ... |
| 32 | 22 | ... Delio. | ... Delia. |
| 34 | 13 | ... Delio. | ... Delia. |
| 37 | 3 | knee ... | rear ... |
| 38 | 8 | ... Delio's ... | ... Delia's ... |
| 42 | 20 | ... Delio's ... | ... Delia's ... |
| 44 | 19 | ... going to say a machine ... | ... going to say machined, ... |
| 44 | 24 | ... groves, ... | ... grooves, ... |
| 49 | 18 | ... Delio's ... | ... Delia's ... |
| 50 | 3 | ... Delio ... | ... Delia ... |
| 55 | 3 | ... Delio ... | ... Delia ... |

Subscribed and sworn to before me
this 2nd day of August, 2007.

_____
Notary Public

_____
Signature

LEE DAVID KLEIN
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires Oct. 14, 2010

# ERRATA SHEET

I, ERIC K. MERRING, *have read the transcript of my testimony and would like the following changes:*
(Print Name)

| PAGE | LINE | CHANGE FROM: | CHANGE TO: |
|---|---|---|---|
| 63 | 8 | ... Delio ... | ... Delia ... |
| 66 | 7 | ... Delio ... | ... Delia ... |
| 66 | 13 | ... Delio ... | ... Delia ... |
| 70 | 14-15 | Something, I remember like maybe 115, maybe 110 — I think it was about 115 bucks. | $108.13. |
| 70 | 24-25 | I wrote a check for the money. My father had his checkbook, I wrote a check. | Yes. |
| 86 | 9 | ... the NCRA ... | ... the NRA ... |

Subscribed and sworn to before me
this 22h day of August, 2007.

_____
Notary Public

_____
Signature

LEE DAVID KLEIN
Notary Public, State of New York
Qualified in