**EXHIBIT K**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
========================================X
ERIC K. MERRING,                                                                07 CV 10381 CLB

                Plaintiffs,

- against –                                                                           **DEFENDANT'S DISCOVERY PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

THE TOWN OF TUXEDO, NEW YORK, THE TOWN
OF TUXEDO POLICE DEPARTMENT, TOWN OF
TUXEDO POLICE OFFICER ANTHONY DELIA,
SHIELD NUMBER 24, TOWN OF TUXEDO POLICE
SERGEANT PATRICK WELSH, SHIELD NUMBER 17,

                Defendants.
========================================X

      Defendants, by their attorneys HODGES, WALSH & SLATER as and for disclosures required by Rule 26 of the Federal Rules of Civil Procedure upon information and belief:

    a.    No known witnesses likely to have discoverable information apart from the parties hereto and Lee David Klein, Esq., 11 Market Street, Suite 204, Poughkeepsie, New York 12601; Regina Blecher, 504 Old Mill Road, Southfields, New York.

    b.    Copies of relevant documents from the files of the defendants are attached hereto. These include:

        1.    Tuxedo Town Court Case History Report, Case Number 06120065;

        2.    Tuxedo Town Court Case History Report, Case Number 05080346;

        3.    New York State Incident Report – Tuxedo Town Police Department, Case Number CF-268-06 dated December 4, 2006;

        4.    New York State Arrest Report – Tuxedo Town Police Department, Case Number CF-268-06, arrest date December 4, 2006;

5. Arrest information regarding Erik K. Merring;

6. Town of Tuxedo Justice Court Information dated December 4, 2006;

7. Appearance Ticket issued to Erik K. Merring dated December 4, 2006;

8. Uniform Traffic Ticket issued to Erik K. Merring dated December 4, 2006;

9. Copies of driver's license, vehicle registration and license to carry pistol permit of plaintiff Erik K. Merring;

10. Tuxedo Town Police Department Incident Report regarding Incident Number 23218 on December 17, 2007;

11. Photographs showing evidence seized from the plaintiff Erik K. Merring on December 4, 2006.

In addition, counsel for defendants possess a videotape recording of the incident at issue herein taken on December 4, 2006 on Stone Ridge Road in the Town of Tuxedo, New York. Said videotape will be made available for viewing by plaintiff's counsel upon request.

DATED:    White Plains, New York
          January 8, 2008

Yours, etc.,

HODGES, WALSH & SLATER, LLP

By: John J. Walsh (4092)
Attorneys for Respondents
55 Church Street, Suite 211
White Plains, NY  10601
(914) 385-6000

TO: LEE DAVID KLEIN, ESQ.
    Attorney for Claimant
    11 Market St.
    Poughkeepsie, N.Y.  12601

# Tuxedo Town Court
## Case History Report
**Judge HUME STEYER**

**Case Number: 06120065**
Printed: 05/22/2007 at 1:38PM
Page 1 of 1

**Name:** ERIC K. MERRING
343 BOB HOLLOWAY RD
DELANCEY, NY 13752

**DOB:** 12/03/1969
**Sex:** M

**Crime:** 12/04/2006   **Arrest:** 12/04/2006   **Arraign:** 01/25/2007
**Adjudicate:** 01/26/2007   **Sentence:** / /   **Dispose:** 01/26/2007

| Reference/Ticket No. | Stat/Sec | Charge Text | Disposition | Fine | CivilFee | Schg |
|---|---|---|---|---|---|---|
| APPEARANCE | PL 265.01 | CRIM POS WEAP-4 | Dismissed | 0.00 | 0.00 | 0.00 |
| MDT200533K | VTL 1201 0A | Reduced from: VTL 1180 0B Speeding 72/55  STOP/PARK VIOL | FINE | 100.00 | 0.00 | 0.00 |

**Prosecuter:** LUKE BOVILL, ESQ.
**Police Officer:** ANTHONY DELIA
**Agency:** TP

**Attorney:** LEE DAVID KLEIN, ESQ
WOLFSON GRELLER EGITTO&KLEIN LLP
11 MARKET STREET
POUGHKEEPSIE, NY 12601-3260

**Scheduled Appearances:**
01/26/07 DISPOSED    01/25/07 1ST COURT APPEARANCE    12/28/06 1ST COURT APPEARANCE

**Financial Transactions:**

| Bank Dt | Report Dt | Reason | Bail | Fine | Civ-Fee | Schg | Other | Rect/Ck# | Jdg |
|---|---|---|---|---|---|---|---|---|---|
| 01/26/07 | 01/26/07 | APPLY BAIL | -97.00 | 97.00 | 0.00 | 0.00 | 0.00 | 0 | h_s |
| 01/26/07 | 01/26/07 | BAIL POUNDAGE | -3.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0 | h_s |
| 01/26/07 | 01/26/07 | Fine/Fee Payment | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 3393 | h_s |
| 12/04/06 | | ADD BAIL | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2891 | h_s |
| | 01/26/07 | Dismissed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | h_s |

**Letters Sent:**
12/08/2006 Personal appearance required (plea-mail) (005)   12/08/2006 SUPPORTING DEPOSITION (014)
02/05/2007 Certificate of Disposition (036)   03/15/2007 Certificate of Disposition (036)

# Tuxedo Town Court
## Case History Report
Judge HUME STEYER

**Case Number: 05080346**
Printed: 05/22/2007 at 1:38PM
Page 1 of 1

**Name:** ERIC K. MERRING
343 BOB HOLLOWAY RD
DELANCEY, NY 13752

**DOB:** 12/03/1969
**Sex:** M

| | | |
|---|---|---|
| **Crime:** 08/17/2005 | **Arrest:** 08/17/2005 | **Arraign:** 09/19/2006 |
| **Adjudicate:** 10/19/2006 | **Sentence:** 10/19/2006 | **Dispose:** 10/19/2006 |

| Reference/Ticket No. | Stat/Sec | Charge Text | Disposition | Fine | CivilFee | Schg |
|---|---|---|---|---|---|---|
| | VTL | Reduced from: VTL 1225-C 02A CELL PHONE USE | | | | |
| LV280471 2 | 1201 0A | STOP/PARK VIOL | FINE | 80.00 | 0.00 | 0.00 |

**Prosecuter:** LUKE BOVILL, ESQ.   **Attorney:**

**Police Officer:** ANTHONY DELIA
**Agency:** TP

**Scheduled Appearances:**
10/19/06 DISPOSED         10/19/06 PAY FINE IN COURT      09/19/06 TRIAL
02/21/06 TRIAL            10/04/05 1ST COURT APPEARANCE

**Financial Transactions:**

| Bank Dt | Report Dt | Reason | Bail | Fine | Civ-Fee | Schg | Other | Rect/Ck# | Jdg |
|---|---|---|---|---|---|---|---|---|---|
| 10/19/06 | 10/19/06 | Fine/Fee Payment | 0.00 | 80.00 | 0.00 | 0.00 | 0.00 | D6269 | lkd |

**Letters Sent:**
08/24/2005 Trial Notice (023)              08/24/2005 SUPPORTING DEPOSITION (014)
01/05/2006 Adjourned trial notice (060)

# New York State INCIDENT REPORT

| 1. Agency | 2. Div/Precinct | 3. ORI | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|
| TUXEDO TOWN POLICE DEPARTMEN | | NY0356500 | CF-268-06 | 18177 |

| 7,8,9. Date Reported (Day, Date, Time) | 10,11,12. Occurred On/From (Day, Date, Time) | 13,14,15. Occurred To (Day, Date, Time) |
|---|---|---|
| MONDAY 12/04/2006 09:03 | MONDAY 12/04/2006 09:03 | |

| 16. Incident Type | 17. Business Name |
|---|---|
| GUN/WEAPON-POSSESSION OF WEAPON | |

| 19. Incident Address (Street Name, Bldg. No., Apt. No.) |
|---|
| ROUTE 17 |

| 20. City/State/Zip |
|---|
| TUXEDO NEW YORK 10987 |

| 21. Location Code (TSLED) | 23. No. of Victims | 24. No. of Suspects | 26. Victim also Complainant? |
|---|---|---|---|
| TUXEDO TOWN 3665 | 0 | 0 | |

| Location Type |
|---|
| STREET |

| 22.OFF. No. | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS |
|---|---|---|---|---|---|---|---|---|---|
| 1. | PL | 265.01 | 01 | A | M | 4 | C | CRIM POSS WEAP FIREARM/KNIFE | 2 |
| 2. | VTL | 1180 | 0B | | I | 0 | C | SPEED VIOL EXCEED 55 MPH | 1 |

## ASSOCIATED PERSONS

| 25. TYPE | Name (Last, First, Middle, Title) | DOB | Street Name Bldg., Apt.No., City, State, Zip | Res Phone Bus Phone |
|---|---|---|---|---|
| SUSPECT | MERRING, ERIC, K | 12/03/1969 | 343 BOB HOLLOWAY RD DELANCEY NY 13752 | (845)598-5114 |

## SUSPECT

| Person ID # | 34. Type | 35. Name (Last, First, Middle) |
|---|---|---|
| 11390 | SUSPECT | MERRING, ERIC, K |

| 37. Apparent Condition | 38. Address (Street Name, Bldg., Apt. No., City, State, Zip) |
|---|---|
| APPARENTLY NORMAL | 343 BOB HOLLOWAY RD  DELANCEY NY 13752 |

| 39a. Home Phone | 39b. Work Phone | 40. Social Security | 41. DOB | 42. Age | 43. Gender | 44. Race |
|---|---|---|---|---|---|---|
| (845)598-5114 | | 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 | 12/03/1969 | 37 | MALE | WHITE |

| 45. Ethnicity | 46. Skin | 47. Occupation |
|---|---|---|
| NOT HISPANIC | LIGHT | |

| 48. Height | 49. Weight | 50. Hair | 51. Eyes | 52. Glasses | 53. Build |
|---|---|---|---|---|---|
| 5ft. 8in. | 160lbs. | BLOND | BLUE | NO | NORMAL |

| 54. Employer/School | 55. Employer Address |
|---|---|
| | NY |

| 56. Scars/Marks/Tattoos /Description |
|---|
| DEFENDANT HAS A 1 1/2 INCH SCAR ON THE INNER RIGHT WRIST AND A SMALL SURGICAL SCAR ON THE BOTTOM AND TOP OF HIS RIGHT FOOT. |

| 36. Alias/Nickname/Maiden Name |
|---|

| Last Name | First Name | MiddleName |
|---|---|---|
| | | |

## VEHICLE

| 59. Vehicle Status | 60. License Plate No. | 61. State | 62. Exp. Yr. | 64. Value |
|---|---|---|---|---|
| IMPOUNDED | CSE5066 | NY | 2008 | |

| 63. Plate Type | 65. Year | 66. Make | 67. Model |
|---|---|---|---|
| PASSENGER AUTOMOBILE (REGULAR PLATES) | 1987 | CADILLAC | BROUGHAM |

| 68. Style | 69. VIN | 70. Color(s) |
|---|---|---|
| HARDTOP, 4 DOOR* | 1G6DW51Y4H9753610 | MAROON AND RED |

| 71a. Towed By | 71b. Towed To |
|---|---|
| TUXEDO AUTO | |

| 72. Vehicle Notes |
|---|

## NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/04/2006 | 12/04/2006 | BARUFFALDI, MARGARET (DISPATCHER) |

**Narrative**

SGT. WELSH REPORTED HE WAS OUT ON A V & T STOP WITH OFFICER D'ELIA.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/04/2006 | 12/05/2006 | D'ELIA, ANTHONY (POLICE OFF) |

**Narrative**

at t/p/o defendant was stopped for speeding at a rate of 72 mph in a 55 mph zone. during a routine field interview during car stop it was found the defendant was in posession of a handgun holstered to his belt, for which he had all documents for, it was also found the defendant was in possession of a gravity knife in his front left pocket and a billy club under his front passenger seat. defendant was arrested, processed posted 100 dollar bail and released with a dec 28th court date.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/27/2006 | 12/27/2006 | |

**Narrative**

## ADMINISTRATIVE

| 74. Inquiries | 75. NYSPIN Message No. | 76. Complainant Signature | |
|---|---|---|---|
| 77. Reporting Officer Signature (Include Rank) POLICE OFF ANTHONY D'ELIA | 78. ID No. 24AD | 79. Supervisor Signature (Include Rank) LIEUTENANT DAVID GANNON | 80. ID No. LTDJG |
| 81. Status ARREST - ADULT | 82. Status Date 12/04/2006 | 83. Notified/TOT | |

Solvability Total    0

| 1. NYSID No. | 2. CJTN No. | New York State **ARREST REPORT** | 3. Case No. CF-268-06 | 4. Ref. No. |
| --- | --- | --- | --- | --- |
| 5. FBI No. | 6. Arrest No. 4125 | 7. Agency TUXEDO TOWN POLICE DEPARTMENT NY0356500 | 8. Div/Precinct | 4a. |

## DEFENDANT INFORMATION

| 9. Name (Last, First, Middle) MERRING, ERIC, K | | | 11. Phone Number (845)598-5114 |
| --- | --- | --- | --- |
| 12. Street Number and Name, Bldg. No., Apt. No. 343 BOB HOLLOWAY RD | | 13. City, State, Zip DELANCEY NY 13752 | 14. Residence Status |
| 15. Place of Birth USA | 16. D.O.B 12/03/1969 | 17. Age 37 / 18. Gender MALE / 19. Race WHITE | 20. Ethnicity NOT HISPANIC |
| 21. Skin LIGHT / 22. Height 5ft. 8in. / 23. Weight 160lbs. / 24. Hair BLOND | 25. Eyes BLUE | 26. Glasses NO / 27. Build NORMAL | |
| 28. Marital Status DIVORCED | 29. U.S. Citizen YES | 30. Citizen Of USA | |
| 31. Soc. Sec. No. 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 / 32. Education COLLEGE YEARS (ENTER 13-16) - 16 | | 33. Religion UNKNOWN / 35. Employed UNEMPLOYED | |
| 34. Occupation | | | |

36. Scars/Marks/Tattoos Description
DEFENDANT HAS A 1 1/2 INCH SCAR ON THE INNER RIGHT WRIST AND A SMALL SURGICAL SCAR ON THE BOTTOM AND TOP OF HIS RIGHT FOOT.

## ARREST INFORMATION

| 37. Arresting Officer/ID D'ELIA ANTHONY POLICE OFF 24AD | 39. Assisting Officer/ID WELSH PATRICK SERGEANT SGTPWW | 41. Arrest Date 12/04/2006 | 42. Time 09:03 |
| --- | --- | --- | --- |
| 43. Location of Arrest ROUTE 17 TUXEDO NEW YORK 10987 | | 44. Juvenile NO / 45. Condition of Defendant | |
| 48. Miranda NO / 49. Miranda By | | | 50. Miranda Date / 51. Miranda Time |
| 52. Statements VERBAL / 54. Search Warrant NO | 55. ID Procedure PHOTO | | |
| 56. Arraign. Court TUXEDO TOWN COURT NY035201J | | 57. Arraign. Judge H STEYER | |
| 58. Arraign Date 12/28/2006 / 59. Arraign Time 16:30 / 60. Property YES / 61. Evidence YES | 61a. Processed By 24 | | |
| 61b. Disposition HELD AS EVIDENCE | 63. Arrestee Status POLICE BAIL | | 64. Bail Amount $ 100.00 |
| 65. Bondsman / 66. Photo No. 4125 / 67. Arrest Type CRIME IN PROGRESS | | | 68. Warrant No. |
| 69. Arrest FOA NO / 70. Other Agency | | | 71. F/P Taken YES |
| 76. Return Court | | 77. Return Judge | |
| 78. Date / 79. Time / 80. Defendant/Case TOT Agency | | 80a. Officer Name | |
| 81. Case TOT Time / 82. Case TOT Date / 43a. CTV Code TUXEDO TOWN 3665 | | | |

## INCIDENT INFORMATION

| 62. Incident No. | 72. Offense Location | 73. Offense Date/Time | 74. No.Offender | 75. No.Victims | Incident Case No. |
|---|---|---|---|---|---|
| 18177 | TUXEDO TOWN 3665 | 12/4/2006  9:03 | 0 | 0 | CF-268-06 |

## OFFENSE INFORMATION

| 83. LAW Article/Section | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS | NCIC Code | Victim Age | Sex | Hcdp | ASSOC NO | TYP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PL   265.01 | 01 | A | M | 4 | C | CRIM POSS WEAP-4TH:FIREARM/WEP | 2 | 5212 | | | | | |
| | | | | | | | | | | | | Incident  18177 | |
| VTL  1180 | 0B | | I | 0 | | C | SPEED VIOL:EXCEED 55 MPH | 1 | 5499 | | | | |
| | | | | | | | | | | | | Incident  18177 | |

## NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/05/2006 | 12/27/2006 | D'ELIA, ANTHONY (POLICE OFF) |

Narrative

see incident report

| 86. Arresting Officer Signature | 87. ID No. | 88. Supervisor Signature | 89. ID No. |
|---|---|---|---|
| [signature] | 24 | [signature] | |
| 90. Arrest Made as a Result of SAFIS Print ID? NO | 91. | 92. | 93. |

# ARREST INFORMATION

1) 141 TIME _____ TIME OF STOP _____
2) NAME Eric K Merring
3) DOB 12-3-69
4) ADDRESS 343 Bob Holloway Rd
   Deloney NY 13752
5) SSN 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
6) PHONE # 845-290-9776
7) NICKNAME _____
8) RESIDENT STAT ✓ Y ___ N
9) PLACE OF BIRTH Queens NY
10) AGE 37
11) RACE ✓ W ___ B ___ AS ___ IN ___ UN ___ OTHER
12) ETHNIC ✓ N HIS ___ HIS ___ UN
13) SKIN ✓ L ___ M ___ D
14) HEIGHT 5'10
15) WEIGHT 160
16) HAIR Blond
17) EYES Blue
18) GLASSES ___ Y ___ N ✓ CONT
19) BUILD ___ SM ✓ MED ___ LAR
20) MARITAL STATUS ___ M ___ S ___ SEP ___ COM LAW ✓ DIV ___ WIDOW
21) EDUCATION BA Binghamton
22) RELIGION Lutheran
23) OCCUPATION Sales
24) EMPLOYED Davis Sports
25) SCAR/MARK/TATTO N/A
26) APP CON _____
27) EMPLOYER ADDRESS

STATE OF NEW YORK _____ COURT TOWN _____ of TUXEDO
TOWN _____

Defendant: NA _____ Alleged Victim: NA _____
(Relationship to alleged victim) (Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK
-- VS. --

ERIC K MERRING

Date of Birth: 12/03/1969

**INFORMATION**

Defendant(s)

**ACCUSATION**

BE IT KNOWN THAT, by this INFORMATION, A DELIA as the Complainant herein, STATIONED at TUXEDO TOWN POLICE DEPT. accuses the above mentioned Defendant(s), with having committed the MISDEMEANOR of CRIM POSS WEAP - 4TH DEG in violation of Section 265.01, Subdivision _____ of the PENAL Law of the State of New York.

That on or about 12/04/2006 at about 09:08 AM in the TOWN of TUXEDO, County of ORANGE, the defendant(s)

A PERSON IS GUILTY OF CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE WHEN: (1) HE POSSESSES ANY FIREARM, ELECTRONIC DART GUN, ELECTRONIC STUN GUN, GRAVITY KNIFE, SWITCHBLADE KNIFE, PILUM BALLISTIC KNIFE, METAL KNUCKLE KNIFE, CANE SWORD, BILLY, BLACKJACK, BLUDGEON, METAL KNUCKLES, CHUKA STICK, SAND BAG, SANDCLUB, WRIST-BRACE TYPE SLINGSHOT OR SLUNGSHOT, SHIRKEN OR "KUNG FU" STAR.

**FACTS**

AT THE AFOREMENTIONED DATE AND PLACE THE DEFENDANT DID IN FACT POSSESS A GRAVITY KNIFE IN HIS LEFT FRONT POCKET OF HIS JEANS, AS WELL AS A BILLY CLUB UNDER THE FRONT PASSENGER SEAT OF HIS VEHICLE. ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASE MADE AND PROVIDED.

The above allegations of fact are made by the Complainant herein on direct knowledge and/or upon information and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the attached SUPPORTING DEPOSITION(s) of:

WHEREFORE, Complainant prays that a Warrant be issued for the arrest of the said Defendant(s).
--OR--
WHEREAS, an Appearance Ticket was issued to the said Defendant, directing him to appear before this court at 04:30 PM on DECEMBER 28, 2006

**NOTICE**

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this 4th day of DECEMBER, 2006

_Anthony D'Elia_ (signature)
COMPLAINANT -

--OR--

Subscribes and sworn to before me this _____ day of _____, 20 _____

**APPEARANCE TICKET**

Issued To: __ERIC K MERRING__  
NAME OF DEFENDANT

__12/03/1969__  
DATE OF BIRTH

__343 BOB HOLLOWAY RD__   __DELANCEY__   __NY__   __13752__  
STREET AND NUMBER   CITY OR TOWN   STATE   ZIP CODE

You are hereby directed to appear in the court described below on

__12/28/2006__ at __04:30 PM__ _____ in connection with your alleged

commission of the offense of __CRIM POSS WEAP - 4TH DEG__ contrary to the

provisions of section __265.01__ of the __PENAL__ law.

Name of court __TUXEDO TOWN COURT__

Location of court __1 TEMPLE DRIVE BOX 605__   __TUXEDO__   __NY__   __10987__

* NOTE - If you fail to appear on the date and at the time indicated, the court may issue a summons or warrant for your arrest (Criminal Procedure Law Section 150.60).

If you have posted bail, the bail will become forfeit upon your failure to comply with the directions of this ticket (Criminal Procedure Law Section 150.30).

Issued and subscribed by:

_Anthony D'Elia_ (signature)  
SIGNATURE OF MEMBER

__0024__  
SHIELD

__TZS / DIVISION/PRECINCT__

__12/04/2006__  
DATE ISSUED