New York State - Department of Motor Vehicles
UNIFORM TRAFFIC TICKET

**MDT200533K**

To be completed by Police Officer and given to Motorist

POLICE AGENCY: TOWN OF TUXEDO POLICE
Local Police Code: 03565

| Last Name(Defendant) | First Name | M.I. |
|---|---|---|
| MERRING | ERIC | K |

Number and Street: 343 BOB HOLLOWAY RD
Apt. No.: 
Photo Lic Shown: ●

| City | State | Zip Code | Owner Oper. | Lic. Class |
|---|---|---|---|---|
| DELANCEY | NY | 13752 | ● | D |

Client ID Number: 703839998
Sex: M
Date Expires: 12/3/2011

| Lic. State | Date of Birth | Veh. Type | Year | Make | Color |
|---|---|---|---|---|---|
| NY | 12/3/1969 | 1 | 1987 | CADI | MR |

| Plate Number | Reg. State | Registration Expires |
|---|---|---|
| CSE5066 | NY | 1/19/2008 |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time | Date of Offense | IN VIOLATION OF |
|---|---|---|
| 9:03 AM | 12/4/2006 | NYS V AND T LAW |

Section Sub Section: 1180B
Tr Inf: ● Misd: ○
MPH: 72  MPH Zone: 55

Description of Violation: SPEED OVER 55 ZONE
US DOT#:
Com Veh ○  Bus ○  Haz Mat ○

Place of Occurrence: RT 17 S/B
Hwy. No.: 17
Loc. Code: 3665

| C/T/V Name | County | Hwy Type | NCIC/ORI |
|---|---|---|---|
| TUXEDO, TOWN OF - 3665 | ORANGE | 2 | 03565 |

AFFIRMED UNDER PENALTY OF PERJURY
Date Affirmed: 12/04/2006   Off Assign: 1
Arrest Type: 1 - PATROL

*(Officer's Signature)*
Badge/Shield: 0024

| Officer's Last Name | First Name | M.I. |
|---|---|---|
| DELIA | A | |

Radar Officer's Signature:

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW

TUXEDO TOWN COURT
Address: 1 TEMPLE DRIVE BOX 605

| City | State | Zip |
|---|---|---|
| TUXEDO | NY | 10987 |

● RETURN BY MAIL BEFORE OR IN PERSON ON:
○ MUST APPEAR IN PERSON
Date: 1/11/2007   Time: 4:30 PM

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Upon conviction you may be subject to a mandatory surcharge in the amount prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

---

**TO PLEAD BY MAIL (NOT TO BE USED FOR MISDEMEANORS)**

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket:
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):
_____
_____

All statements are made under penalty of perjury:
Date: _____   Signed: _____

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?

Yes ○   No ○

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?   NO ○   SPEEDING (Gen 101) ○   GENERAL (Gen 101A) ○

Signature: _____
Address: _____
City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your trial date.

**APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____
Address _____
City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)



New York State Driver License
ID: 703 839 998
MERRING, ERIC K
343 BOB HOLLOWAY RD
DELANCEY NY 13752
DOB: 12-03-69
SEX: M EYES: BL HT: 5-08 CLASS: D
ISSUED: 12-02-03 EXPIRES: 12-03-11

NEW YORK STATE REGISTRATION DOCUMENT
Keep this document to show to the police and courts.
PAS
CSE5066
1987 CADIL NONTRANSFERABLE
4DSD  MR    1G6DW51Y4H9753610
Wt/Seats   Fuel/Cyl
3977  G  8  UTD4016  JAN 18 2006
014  UTD
MERRING, ERIC, K                     Expires 01/19/08
343 BOB HOLLOWAY RD
DELANCEY NY   13752    ANNUAL CHG   27.50
08944BN  VOID IF ALTERED EXCEPT FOR ADDRESS  AMT PAID (INCL ADD CHG) 55.00



STATE OF NEW YORK
LICENSE TO CARRY PISTOL IS HEREBY GRANTED
To  ERIC K. MERRING
Address  343 BOB HOLLOWAY RD — DELANCEY
Occupation  UTILITY
Employed by  ORANGE ROCKLAND UTILITIES
Nationality  AMERICAN
Age 12/3/69  Height 5'10"  Weight 150
Date 4/12/88   C __ 5423 __
DUPLICATE 4/22/03
County of _____
Judge _____  DELAWARE  County Court

Form P-4  Williamson Law Book Co., Victor, N.Y. 14564

| 1. Agency | 2. Div/Precinct | | 3. ORI | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|---|
| TUXEDO TOWN POLICE DEPARTMEN | | | NY0356500 | | 23218 |

| 7,8,9. Date Reported (Day, Date, Time) | 10,11,12. Occurred On/From (Day, Date, Time) | 13,14,15. Occurred To (Day, Date, Time) |
|---|---|---|
| MONDAY 12/17/2007 19:29 | MONDAY 12/17/2007 19:29 | |

| 16. Incident Type | 17. Business Name |
|---|---|
| AID-ASSIST OTHER AGENCY | |

| 19. Incident Address (Street Name, Bldg. No., Apt. No.) |
|---|
| 504 OLD MILL RD |

| 20. City/State/Zip |
|---|
| TUXEDO NEW YORK 10987 |

| 21. Location Code (TSLED) | 23. No. of Victims | 24. No. of Suspects | 26. Victim also Complainant? |
|---|---|---|---|
| TUXEDO TOWN 3665 | 2 | 1 | |
| Location Type | | | |
| MULTIPLE DWELLING | | | |

| 1. | PL | 260.10 | A | M | 0 | C | ENDANGERING WELFARE OF CHILD | 1 |
|---|---|---|---|---|---|---|---|---|

## ASSOCIATED PERSONS

| | | | | | |
|---|---|---|---|---|---|
| CHILD | MERRING, LUKE | | 11/06/2006 | 504 OLD MILL RD TUXEDO NY 10987 | |
| CHILD | MERRING, KENNETH | | 05/07/1998 | 504 OLD MILL RD TUXEDO NY 10987 | |
| CHILD PROTECTION SERVICES | HUGHES, SUSAN | | | NY | (845)591-7862 |
| CHILD PROTECTION SERVICES | MOORE, CHRISTINE | | | NY | |
| PERSON INTERVIEWED | MERRING, ERIC, K | | 12/03/1969 | 504 OLD MILL RD TUXEDO NY 10987 | (845)598-5114 |

## NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/17/2007 | 12/17/2007 | BARUFFALDI, MARGARET (DISPATCHER) |

Narrative

CPS REQUEST THIS AGENCY TO DO A WELFARE CHECK ON LUKE HERRING. THE ALLEGATIONS THAT WERE MADE TO CPS THAT THERE WERE MULTIPLE GUNS IN THE HOME AND STORED UNDER THE CHILD'S BED.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/18/2007 | 12/18/2007 | WELSH, PATRICK (SERGEANT) |

Narrative

ON THE ABOVE STATED DATE, TIME AND PLACE THIS AUTHORITY WAS CONTACTED BY SUSAN HUGHES, A REPRESENTATIVE OF CHILD PROTECTIVE SERVICES OF ORANGE COUNTY. SHE REPORTED THAT HER SUPERVISOR, CHRISTINE MOORE HAD RECEIVED AN ANONYMOUS COMPLAINT THAT THE SUSPECT WAS ENDANGERING HIS TWO CHILDREN BY HAVING A CACHE OF WEAPONS INCLUDING BUT NOT LIMITED TO RIFLES, HANDGUNS AND KNIVES READILY ACCESSIBLE TO THE CHILDREN. THE COMPLAINT FURTHER STATED THAT SOME OF THE WEAPONS WERE BEING STORED IN THE CHILDREN'S ROOM UNDER THE BED. MRS. HUGHES STATED THAT A CPS INVESTIGATOR WAS AT THE RESIDENCE EARLIER IN THE DAY BUT NO CONTACT WAS MADE. SHE REQUESTED TPD TO GO TO THE RESIDENCE TO CHECK ON THE VALIDITY OF THE COMPLAINT. AT 1942 HOURS R/O AND PO CHRISTIAN ARRIVED AT THE RESIDENCE. WE WERE GREETED BY THE SUSPECTS WIFE REGINA AND THEN THE SUSPECT. THEY WERE ADVISED OF THE REPORT AND AGREED TO ALLOW US IN THE RESIDENCE. THE TWO CHILDREN WERE IN THE KITCHEN. THE OLDER SON WAS FEEDING THE TODDLER. WE WENT INTO THE BOYS ROOM AND ASKED THE SUSPECT IF THERE WERE ANY WEAPONS IN THE ROOM. HE STATED NO AND BEGAN TO ACT IN A SUSPICIOUS MANNER. HE WAS NOT ANSWERING OUR DIRECT QUESTIONS. PO CHRISTIAN LOCATED TWO (2) .22 CALIBER LONG RIFLES UNDER

THE CRIB, ONE WAS IN A CLOTH SHEATH AND THE OTHER WAS IN A HARD PLASTIC CASE, BOTH WERE UNLOADED BUT THERE WAS AMMUNITION WITHIN THE CASE ITSELF. WHEN WE WALKED INTO THE MASTER BEDROOM R/O IMMEDIATELY NOTICED A .45 CALIBER HANDGUN, WHICH WAS LOADED, ON THE DRESSER FULLY EXPOSED. THERE WAS A NUMBER OF RIFLES IN THE ROOM AS WELL AS KNIVES AND AMMUNITION. THE SUSPECT HAD SEVERAL "DUTY BELTS" WHICH CONTAINED AMMUNITION, KNIVES AND EMPTY HOLSTERS. THE SUSPECT WAS TRANSPORTED TO TPD IN AN EFFORT TO CONTACT CPS. MRS. HUGHES WAS CONTACTED AND AFTER BEING ADVISED OF THE SITUATION, SHE SIMPLY ASKED THAT THE GUNS BE REMOVED FROM THE RESIDENCE IN AN EFFORT TO PROMOTE A SAFE ENVIRONMENT FOR THE CHILDREN. THE SUSPECT AGREED TO REMOVE ALL OF THE WEAPONS FROM THE RESIDENCE AND STORE THEM IN A GUN SAFE AT HIS FATHERS RESIDENCE IN ROCKLAND COUNTY. MRS. HUGHES STATED A CPS INVESTIGATOR WOULD FOLLOW UP ON 12/18/07. SHE STATED THAT THIS AUTHORITY DID NOT HAVE TO TAKE ADDITIONAL ACTION. A NOTIFICATION WILL BE MADE TO THE ORANGE COUNTY DA'S OFFICE DUE TO THE SUSPECTS PENDING LITIGATION AGAINST THIS AUTHORITY AND THE TOWN OF TUXEDO.

## ADMINISTRATIVE

| 74. Inquiries | 75. NYSPIN Message No. | 76. Complainant Signature | |
|---|---|---|---|
| DMV OTH | | | |
| 77. Reporting Officer Signature (Include Rank) | 78. ID No. | 79. Supervisor Signature (Include Rank) | 80. ID No. |
| SERGEANT PATRICK WELSH | SGTPWW | CHIEF DANIEL CARLIN | CHIEF |
| 81. Status | 82. Status Date | 83. Notified/TOT | |
| PENDING INVESTIGATION | 12/17/2007 | | |

Solvability Total    0





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
========================================X
ERIC K. MERRING,                                                    07 CV 10381 CLB

                Plaintiffs,

- against –

THE TOWN OF TUXEDO, NEW YORK, THE TOWN
OF TUXEDO POLICE DEPARTMENT, TOWN OF
TUXEDO POLICE OFFICER ANTHONY DELIA,
SHIELD NUMBER 24, TOWN OF TUXEDO POLICE
SERGEANT PATRICK WELSH, SHIELD NUMBER 17,

                Defendants.
========================================X

---

**DEFENDANT'S DISCOVERY PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

HODGES, WALSH & SLATER LLP
Attorneys for Defendants
55 Church Street, Suite 211
White Plains, New York  10601
(914) 385-6000