# EXHIBIT L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

ERIC K. MERRING,

                          Plaintiff,

         - against -

THE TOWN OF TUXEDO, NEW YORK, THE TOWN OF
TUXEDO POLICE DEPARTMENT, TOWN OF TUXEDO
POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER
24,  TOWN OF TUXEDO POLICE SERGEANT PATRICK
WELSH, SHIELD NUMBER 17,

                         Defendants.

-------------------------------------------------------------------------X

**CV NO.:**
**07 CV 10381 CLB**

**PLAINTIFF'S
INITIAL
DISCLOSURE
PURSUANT TO
RULE 26(a)(1)
OF THE
FEDERAL RULES
OF CIVIL
PROCEDURE**

                Plaintiff, ERIC K. MERRING (hereinafter "plaintiff" or "MERRING"), by his attorney, LEE DAVID KLEIN, ESQ., as and for disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, provides as follows:

A.    The name, and if known, the address the telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subject of the information.

**RESPONSE:**

Plaintiff, ERIC K. MERRING, 343 Bob Holloway Road, Delancey, New York 13752; LEE - THIS ADDRESS

Regina Fletcher, 504 Old Mill Road, Southfields, New York;

Defendant POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER 24, Town of Tuxedo Police Department, 1075 State Route 17, Tuxedo, New York 10987;

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

SERGEANT PATRICK WELSH, SHIELD NUMBER 17, Town of Tuxedo Police Department, 1075 State Route 17, Tuxedo, New York 10987;

Lt. David Gannon, Town of Tuxedo Police Department, 1075 State Route 17, Tuxedo, New York 10987;

Chief Daniel Carlin, Town of Tuxedo Police Department, 1075 State Route 17, Tuxedo, New York 10987;

Susan Hughes, Child Protective Services, Orange County Department of Social Services;

Christine Moore, Child Protective Services, Orange County Department of Social Services;

Hon. Thomas E. Mills, Sheriff, County of Delaware, 280 Phoebe Lane, Suite 1, Delhi, New York;

B.    A copy of or a description by category and location of all documents, data compilations, and tangible things that are in the possession, custody, or control of the party, and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

### RESPONSE:

Documents attached to plaintiff's NOTICE OF CLAIM, dated February 8, 2007, specifically Exhibits A through E.

Documentation annexed to defendant's Discovery Pursuant to Rule 26 of the Federal Rules of Civil Procedure, dated January 8, 2008.

Order Reinstating License, dated February 27, 2007, a copy of which is annexed hereto.

C.    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34, the documents or other evidentiary material not privileged or protected from disclosure, and which such computation is based, including materials bearing on the nature and extent of injuries suffered.

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601
—
TEL: (845) 454-9200

2

**RESPONSE:**

Tow bill from Tuxedo Auto Body, Inc., dated December 4, 2006, for towing of plaintiff's car, $108.13.

Lost Wages: three (3) hours at approximately TWELVE DOLLARS AND 00.100 ($12.00) per hour, or $36.00.

Legal Representation in connection with misdemeanor charge of criminal possession of a weapon in the fourth degree: THIRTY-FIVE HUNDRED DOLLARS AND 00.100 ($3,500.00).

Remaining Damages as demanded in the Complaint.

D.    For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

Not applicable.

Dated: Poughkeepsie, New York
       January 2 2, 2008

Lee David Klein, Esq. (LDK 2270)
Attorneys for Plaintiff
11 Market Street, Suite 204
Poughkeepsie, NY 12601
845-454-9200

TO:
John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
Attorneys for Defendants
55 Church Street, Suite 211
White Plains, NY 10601

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------X

ERIC K. MERRING,

                              Plaintiff,                          **CV NO.:**
                                                                  **07 CV 10381 CLB**

        - against -

THE TOWN OF TUXEDO, NEW YORK, THE TOWN OF
TUXEDO POLICE DEPARTMENT, TOWN OF TUXEDO          **AFFIDAVIT**
POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER       **OF SERVICE**
24, TOWN OF TUXEDO POLICE SERGEANT PATRICK
WELSH, SHIELD NUMBER 17,

                              Defendants.

--------------------------------------------------------------------------X

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF DUTCHESS    )


        SUSAN SAMMUT, being duly sworn, deposes and says, that deponent is
not a party to this action, is over 18 years of age and resides in Rhinebeck, New York; that
on the 22nd day of January, 2008, deponent served a true and correct copy of **a
PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO RULE 26(a)(1) OF THE
FEDERAL RULES OF CIVIL PROCEDURE in** this matter upon:

John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
Attorneys for Defendants
55 Church Street, Suite 211
White Plains, NY 10601

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601
—
TEL: (845) 454-9200

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

SUSAN SAMMUT

Sworn to before me this
22¹ day of January, 2008.

Notary Public

LEE DAVID KLEIN
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires Oct. 14, 20__

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601
―――
TEL: (845) 454-9200

2

At a Special Term of the County Court
of the State of New York held in and
for the County of Delaware at Delhi,
NY, on February 27, 2007

PRESENT:  Hon. Carl F. Becker

_____

In the Matter of the License to Carry
or Possess Pistols and Revolvers of

                                                    ORDER REINSTATING LICENSE

ERIC K. MERRING                                     INDEX NO. 2007-065

_____

    On April 12, 1988, a License pursuant to Section 400.00 of the Penal Law was
issued to Eric K. Merring.  On December 4, 2006,  Mr. Merring was arrested and
arraigned in the Tuxedo Town Court  on a charge of Criminal Possession of a
Weapon in the 4th Degree, in violation of Section 265.01(01) of the Penal Law of the
State of New York.

    By Order dated January 16, 2007, Mr. Merring's License to carry a handgun
was suspended by this Court pending disposition of the charge and further Order of
this Court, and a Certificate of Disposition, dated February 5, 2007, having been
received by this Court from the Tuxedo Town Court indicating said charge has been
dismissed;

    NOW, THEREFORE, it is

    ORDERED, that the Order, dated January 16, 2007, which suspended License
No. 9413, issued to Eric K. Merring, be, and the same hereby is, VACATED.

                                                    ENTER

DATED:  February 27, 2007                           _____
        Delhi, NY                                   Carl F. Becker, JCC