# EXHIBIT M

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET, SUITE 204
POUGHKEEPSIE, NEW YORK 12601

TEL: (845) 454-9200
FAX: (845) 454-6612
EMAIL: LKLEIN@LKLEIN-LAW.COM

THIS FIRM DOES NOT ACCEPT
SERVICE BY FACSIMILE TRANSMISSION

. MEMBER NY AND CT BAR

SUSAN SAMMUT, LEGAL ASSISTANT

February 29, 2008

John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
55 Church Street, Suite 211
White Plains, NY 10601

> Re: **Eric K. Merring v. the Town of Tuxedo, New York, the Town of Tuxedo
> Police Department, Town of Tuxedo Police Officer Anthony Delia,
> Shield Number 24, Town of Tuxedo Police Sergeant Patrick Welsh,
> Shield Number 17**
> **United States District Court, Southern District of New York**
> **Index Number: 07CV10381**

Dear Mr. Walsh:

Enclosed please find for service upon you a copy of each of the following:

1. **FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO FRCP 34;**
2. **INTERROGATORIES PURSUANT TO FRCP 33 pertaining to defendant DELIA;**
3. **INTERROGATORIES PURSUANT TO FRCP 33 pertaining to defendant WELSH;**
4. **INTERROGATORIES PURSUANT TO FRCP 33 pertaining to defendant TOWN OF TUXEDO POLICE DEPARTMENT; and,**

Paul Svensson, Esq.
Hodges, Walsh & Slater, LLP
Page 2

5.    **INTERROGATORIES PURSUANT TO FRCP 33 pertaining to defendant TOWN OF
      TUXEDO.**

Yours truly,

Lee David Klein

LDK:ss
Enclosures
cc:    Client (w/ enclosures)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ERIC K. MERRING,

                    Plaintiff,

          - against -

THE TOWN OF TUXEDO, NEW YORK, THE TOWN OF
TUXEDO POLICE DEPARTMENT, TOWN OF TUXEDO
POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER
24, TOWN OF TUXEDO POLICE SERGEANT PATRICK
WELSH, SHIELD NUMBER 17,

                    Defendants.

------------------------------------------------------------------------X

**CV NO.:**
**07 CV 10381 CLB**

**FIRST**
**REQUEST FOR**
**PRODUCTION**
**OF DOCUMENTS**
**PURSUANT TO**
**FRCP 34**

**Assigned to:**
**Hon. Charles L. Brieant**
**United States**
**District Judge**


TO:     Defendants THE TOWN OF TUXEDO, NEW YORK, THE TOWN OF
        TUXEDO POLICE DEPARTMENT, TOWN OF TUXEDO POLICE OFFICER
        ANTHONY DELIA, SHIELD NUMBER 24, TOWN OF TUXEDO POLICE
        SERGEANT PATRICK WELSH, SHIELD NUMBER 17


          Pursuant to FRCP 34, the following documents, records, and things are

requested of defendants within thirty (30) days of the date of this Request as follows, for

plaintiff's counsel to inspect and photocopy:


          1.     Any and all correspondences, reports, documents, memorandums,

notes, recordings, either video or audio, pertaining to the arrest and charging of plaintiff

on December 4, 2006.

          2.     Any and all correspondences, reports, records, documents,

memorandums, and notes pertaining to communications with the Office of the Hon.

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601
—
TEL: (845) 454-9200

Thomas E. Mills, Sheriff, County of Delaware, State of New York, pertaining to the pistol permit of the plaintiff herein, generated or received by the TOWN OF TUXEDO POLICE DEPARTMENT or any member thereof.

3.    Any and all correspondences, reports, records, documents, memorandums, and notes pertaining to the TOWN OF TUXEDO POLICE DEPARTMENT's assistance with an investigation conducted by the Child Protective Services of the Orange County Department of Social Services and/or the New York State Department of Social Services pertaining to the plaintiff herein, occurring on or about December 17, 2007.

4.    The entire personnel files of the following members of the TOWN OF TUXEDO POLICE DEPARTMENT, including but not limited to complaints by civilians, counseling memorandums, disciplinary proceedings and actions, specifications of charges and dispositions: defendant DELIA, defendant WELSH, Lieutenant David Gannon, Chief Daniel Carlin.

5.    The patrol manual or general orders manual of the TOWN OF TUXEDO POLICE DEPARTMENT.

Dated: Poughkeepsie, New York
       February 29, 2008

Lee David Klein, Esq. (LDK 2270)
Attorney for Plaintiff
11 Market Street, Suite 204
Poughkeepsie, NY 12601
845-454-9200

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

2

TO:
John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
Attorneys for Defendants
55 Church Street, Suite 211
White Plains, NY 10601

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ERIC K. MERRING,

                      Plaintiff,

    - against -

THE TOWN OF TUXEDO, NEW YORK, THE TOWN OF
TUXEDO POLICE DEPARTMENT, TOWN OF TUXEDO
POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER
24, TOWN OF TUXEDO POLICE SERGEANT PATRICK
WELSH, SHIELD NUMBER 17,

                      Defendants.

------------------------------------------------------------------------X

**CV NO.:**
**07 CV 10381 CLB**

**INTERROGATORIES**
**PURSUANT TO**
**FRCP 33**

Assigned to:
**Hon. Charles L. Brieant**
**United States**
**District Judge**

TO:    Defendant TOWN OF TUXEDO

             Pursuant to FRCP 33, the following Interrogatories are hereby propounded

to defendant TOWN OF TUXEDO, by plaintiff herein, and to be answered by you upon

oath in accordance with Rule 33(b), within thirty (30) days. You are required to set out

each Interrogatory prior to the answer directed to it:

          1.     Please identify yourself, stating your full name, your age, and your

specific position with the defendant TOWN OF TUXEDO.

          2.     State the date that you assumed this position, and the duties it

entails.

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601
———
TEL: (845) 454-9200

3.    State what if any other positions you have held with the TOWN OF TUXEDO, and identify the start and finish dates for the same, with the specific positions and assigned duties.

4.    Set forth whether any individual or individuals in the Town of Tuxedo government are responsible for oversight of the Town of Tuxedo Police Department, and if so, set forth the names of such individuals who would have been in such positions as of December 4, 2006, and December 17, 2007. Set forth the specific nature of the involvement of such oversight individual or individuals in terms of what their duties entail pertaining to oversight of the Town of Tuxedo Police Department, including specifics in terms of meetings, briefings, etc.

5.    Set forth whether any individual or individuals in the Town of Tuxedo were assigned the task as of December 4, 2006, and December 17, 2007, of review of the Town of Tuxedo Police Department practices and procedures pertaining to arrest and processing of persons charged, and if so, set forth the full names and titles of such individuals.

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601
———
TEL: (845) 454-9200

2

6.    Set forth whether as a result of the incidents involving the plaintiff

that occurred on December 4, 2006, and December 17, 2007, the TOWN has taken any

disciplinary or review action with respect to any member of the Town of Tuxedo Police

Department or the Town of Tuxedo Police Department as a whole, and if so, set forth the

specific procedures implemented, and the dates of such implementation.

Dated: Poughkeepsie, New York
       February 29, 2008

Lee David Klein, Esq. (LDK 2270)
Attorney for Plaintiff
11 Market Street, Suite 204
Poughkeepsie, NY 12601
845-454-9200

TO:
John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
Attorneys for Defendants
55 Church Street, Suite 211
White Plains,  NY 10601

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601
TEL: (845) 454-9200

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

ERIC K. MERRING,

                              Plaintiff,

        - against -

THE TOWN OF TUXEDO, NEW YORK, THE TOWN OF
TUXEDO POLICE DEPARTMENT, TOWN OF TUXEDO
POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER
24, TOWN OF TUXEDO POLICE SERGEANT PATRICK
WELSH, SHIELD NUMBER 17,

                              Defendants.

-------------------------------------------------------------------------X

**CV NO.:**
**07 CV 10381 CLB**

**INTERROGATORIES**
**PURSUANT TO**
**FRCP 33**

**Assigned to:**
**Hon. Charles L. Brieant**
**United States**
**District Judge**


TO:    Defendant TOWN OF TUXEDO POLICE DEPARTMENT


                Pursuant to FRCP 33, the following Interrogatories are hereby propounded

to defendant TOWN OF TUXEDO POLICE DEPARTMENT, by plaintiff herein, and to

be answered by you upon oath in accordance with Rule 33(b), within thirty (30) days.

You are required to set out each Interrogatory prior to the answer directed to it:


        1.      State whether any supervisory police personnel of the rank of

Sergeant or above were involved in an incident in the TOWN OF TUXEDO involving the

plaintiff on December 4, 2006, either by being physically present or in radio contact or

telephone contact with defendants DELIA and/or WELSH.

                a.      If so, please state the full name, rank, and identification of

such supervisory personnel; and,

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

         b.      Please state the sum and substance of any communications made in person or by radio contact or by telephone contact, and whether such was with defendant DELIA and/or WELSH or both.

         2.      State whether any police personnel were involved in any communications with authorities, including, but not limited to the Hon. Thomas Mills, Sheriff of Delaware County, or any of his subordinates, or any other county pertaining to the plaintiff's pistol permit, stemming from his arrest on December 4, 2006, in the TOWN OF TUXEDO, and set forth the specific nature of any such communications, including specific dates, times, locations, and the sum and substance of the same, and the identity of any such individuals contacted.

         a.      If so, please state the full name, rank, and identification of such personnel; and,

         b.      Please state the sum and substance of any communications made in person or in writing or by radio contact or by telephone contact.

         3.      State whether any police personnel were with the investigation by the Child Protective Service of the Orange County Department of Social Services and/or the New York State Department of Social Services (CPS/DSS) on December 17, 2007, of the plaintiff pertaining to the same, and set forth the specific nature of any such involvement or communications, including specific dates, times, locations, identities of parties communicating, and the sum and substance of the same, including whether any communications were of an initiating, investigating, monitoring, or follow-up nature.

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601
———
TEL: (845) 454-9200

2

a.    If so, please state the full name, rank, and identification of such personnel.

4.    Set forth what, if any, training is required on an ongoing or annual or regular basis for the members of the TOWN OF TUXEDO POLICE DEPARTMENT, either officers or supervisory personnel, including, but not limited to sergeants.

5.    State whether any disciplinary proceedings or counseling of any type occurred with respect to defendants DELIA and/or WELSH stemming from the arrest and charging of the plaintiff herein on December 4, 2006, and if so, give the specific dates, nature of any charges, and the dispositions of same.

Dated: Poughkeepsie, New York
       February 29, 2008

Lee David Klein, Esq. (LDK 2270)
Attorney for Plaintiff
11 Market Street, Suite 204
Poughkeepsie, NY 12601
845-454-9200

TO:
John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
Attorneys for Defendants
55 Church Street, Suite 211
White Plains, NY 10601

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------X

ERIC K. MERRING,

                             Plaintiff,

       - against -

THE TOWN OF TUXEDO, NEW YORK, THE TOWN OF
TUXEDO POLICE DEPARTMENT, TOWN OF TUXEDO
POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER
24,  TOWN OF TUXEDO POLICE SERGEANT PATRICK
WELSH, SHIELD NUMBER 17,

                           Defendants.

----------------------------------------------------------------------------X

**CV NO.:**
**07 CV 10381 CLB**

**INTERROGATORIES**
**PURSUANT TO**
**FRCP 33**

**Assigned to:**
**Hon. Charles L. Brieant**
**United States**
**District Judge**

TO:    Defendant POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER 24, THE
         TOWN OF TUXEDO POLICE DEPARTMENT

               Pursuant to FRCP 33, the following Interrogatories are hereby propounded

to defendant POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER 24, by plaintiff

herein, and to be answered by you upon oath in accordance with Rule 33(b), within thirty

(30) days.  You are required to set out each Interrogatory prior to the answer directed to

it:

               1.     Please identify yourself, stating your full name, your age, your

business or occupation and business address, your rank, your badge or identification

number, and your assignment (patrol, traffic, detectives, administration, etc.).

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200