2. State date of your being sworn in as a police officer with the TOWN OF TUXEDO POLICE DEPARTMENT.

3. State the date of your graduation from the police academy.

4. State the dates, locations, and specific purposes of all police training that you have had.

5. With respect to the date of December 4, 2006, state the following:

    a. Whether you worked as a police officer that day;

    b. If so, what tour;

    c. If so, identify by full name, rank, and badge number any partner or partners.

    d. If so, state what police equipment you were carrying on your person and in your patrol car, including but not limited to, lethal and non-lethal weapons and restraint devices, and identify which, if any, you utilized or advised anyone present you may utilize.

6. State the nature of what lead you to conduct a traffic stop of the plaintiff in the Town of Tuxedo, on December 4, 2006.

7. State whether you had ever had any contact with the plaintiff prior to December 4, 2006, and if so, give the specific dates, times, and locations of such contacts, and the nature and purpose of such contacts.

8. State whether during the course of the traffic stop of the plaintiff herein in the Town of Tuxedo on December 4, 2006, you were in contact with any supervisory police personnel of the rank of Sergeant or above, and, if so, what if any

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

2

instructions or directions were received by you from such personnel and by what means, in person, radio or telephone.

9. If so, please state the full name and rank of said supervisory police personnel.

10. State whether on December 4, 2006, plaintiff herein was placed under arrest and/or in custody.

11. If so, state whether plaintiff was placed in handcuffs.

12. If so, state whether plaintiff was placed in a patrol car and by whom, and too whom such patrol car was assigned.

13. If so, what was the legal justification or basis for such arrest.

14. State the Section of local, state, or federal law, for the violation of which the plaintiff was placed in custody.

15. State whether plaintiff was issued any Uniform Traffic Tickets, and, if so, by whom and for what violations of the New York State Vehicle and Traffic Law.

16. State whether you engaged in any communication whatsoever, in the years 2006 and 2007, with any authorities in Delaware County or any other county in the State of New York, including, but not limited, to the Hon. Thomas E. Mills, Sheriff in Delaware County, or any of his subordinates, pertaining to the pistol permit of plaintiff herein, and if so, the specific dates, times, and places of any such communications, and the nature of any such communications.

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

3

17. State whether you were working in your capacity as a Police Officer on December 17, 2007, and if so, whether you were present and/or participated and/or were involved in any way with the investigation of the plaintiff by the Child Protective Service of the Orange County Department of Social Services and/or the New York State Department of Social Services (CPS/DSS), and if so, please state the specific involvement.

18. State whether you initiated such investigation by any communication with either CPS/DSS, and, if so, state the dates, times, and specifics of such communications.

19. State whether you had any contact, by radio, or telephone, or in person with any other police or CPS/DSS personnel pertaining to such investigation.

    a. If so, state the full name, rank, or title, and identification number of such personnel; and,

    b. If so, state the sum and substance of each communication.

Dated: Poughkeepsie, New York
       February 29, 2008

_____
Lee David Klein, Esq. (LDK 2270)
Attorney for Plaintiff
11 Market Street, Suite 204
Poughkeepsie, NY 12601
845-454-9200

TO:
John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
Attorneys for Defendants
55 Church Street, Suite 211

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ERIC K. MERRING,

                Plaintiff,

  - against -

THE TOWN OF TUXEDO, NEW YORK, THE TOWN OF
TUXEDO POLICE DEPARTMENT, TOWN OF TUXEDO
POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER
24, TOWN OF TUXEDO POLICE SERGEANT PATRICK
WELSH, SHIELD NUMBER 17,

                Defendants.

-----------------------------------------------------------------X

CV NO.:
07 CV 10381 CLB

INTERROGATORIES
PURSUANT TO
FRCP 33

Assigned to:
Hon. Charles L. Brieant
United States
District Judge

TO: Defendant TOWN OF TUXEDO POLICE SERGEANT PATRICK WELSH, SHIELD NUMBER 17, THE TOWN OF TUXEDO POLICE DEPARTMENT

       Pursuant to FRCP 33, the following Interrogatories are hereby propounded to defendant TOWN OF TUXEDO POLICE SERGEANT PATRICK WELSH, SHIELD NUMBER 17, by plaintiff herein, and to be answered by you upon oath in accordance with Rule 33(b), within thirty (30) days. You are required to set out each Interrogatory prior to the answer directed to it:

    1.    Please identify yourself, stating your full name, your age, your business or occupation and business address, your rank, your badge or identification number, and your assignment (patrol, traffic, detectives, administration, etc.).

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601
—
TEL: (845) 454-9200

2. State date of your being sworn in as a police officer with the TOWN OF TUXEDO POLICE DEPARTMENT.

3. State the date of your graduation from the police academy.

4. State the dates, locations, and specific purposes of all police training that you have had.

5. With respect to the date of December 4, 2006, state the following:

   a. Whether you worked as a police officer that day;

   b. If so, what tour;

   c. If so, identify by full name, rank, and badge number any partner or partners.

   d. If so, state what police equipment you were carrying on your person and in your patrol car, including but not limited to, lethal and non-lethal weapons and restraint devices, and identify which, if any, you utilized or advised anyone present you may utilize.

6. State the nature of what lead you to participate in a traffic stop of the plaintiff in the Town of Tuxedo, on December 4, 2006.

7. State whether you had ever had any contact with the plaintiff prior to December 4, 2006, and if so, give the specific dates, times, and locations of such contacts, and the nature and purpose of such contacts.

8. State whether during the course of the traffic stop of the plaintiff herein in the Town of Tuxedo on December 4, 2006, you were in contact with any supervisory police personnel of the rank of Sergeant or above, and, if so, what if any

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

2

instructions or directions were received by you from such personnel and by what means, in person, radio or telephone.

9. If so, please state the full name and rank of said supervisory police personnel.

10. State whether on December 4, 2006, plaintiff herein was placed under arrest and/or in custody.

11. If so, state whether plaintiff was placed in handcuffs.

12. If so, state whether plaintiff was placed in a patrol car and by whom, and too whom such patrol car was assigned.

13. If so, what was the legal justification or basis for such arrest.

14. State the Section of local, state, or federal law, for the violation of which the plaintiff was placed in custody.

15. State whether plaintiff was issued any Uniform Traffic Tickets, and, if so, by whom and for what violations of the New York State Vehicle and Traffic Law.

16. State whether you had any contact with the plaintiff at the TOWN OF TUXEDO POLICE station, and what if any duties you executed with respect to the arrest and charging of the plaintiff at the TOWN OF TUXEDO POLICE DEPARTMENT on December 4, 2006.

17. State whether the plaintiff was held in handcuffs and for what period of time.

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

18. State whether the plaintiff was placed in a holding or detention cell and for what period of time.

19. State whether you engaged in any communication whatsoever, in the years 2006 and 2007, with any authorities in Delaware County or any other county in the State of New York, including, but not limited, to the Hon. Thomas E. Mills, Sheriff in Delaware County, or any of his subordinates, pertaining to the pistol permit of plaintiff herein, and if so, the specific dates, times, and places of any such communications, and the nature of any such communications.

20. State whether you were working in your capacity as a Police Officer on December 17, 2007, and if so, whether you were present and/or participated and/or were involved in any way with the investigation of the plaintiff by the Child Protective Service of the Orange County Department of Social Services and/or the New York State Department of Social Services (CPS/DSS), and if so, please state the specific involvement.

21. State whether you initiated such investigation by any communication with either CPS/DSS, and, if so, state the dates, times, and specifics of such communications.

22. State whether you had any contact, by radio, or telephone, or in person with any other police or CPS/DSS personnel pertaining to such investigation.

   a. If so, state the full name, rank, and identification number of such personnel; and,

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

    b.  If so, state the sum and substance of each communication.

Dated: Poughkeepsie, New York
   February 29, 2008

                       /s/
                       Lee David Klein, Esq. (LDK 2270)
                       Attorney for Plaintiff
                       11 Market Street, Suite 204
                       Poughkeepsie, NY 12601
                       845-454-9200

TO:
John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
Attorneys for Defendants
55 Church Street, Suite 211
White Plains, NY 10601

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ERIC K. MERRING,

       Plaintiff,      CV NO.:
               07 CV 10381 CLB

 - against -

THE TOWN OF TUXEDO, NEW YORK, THE TOWN OF
TUXEDO POLICE DEPARTMENT, TOWN OF TUXEDO  **AFFIDAVIT**
POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER  **OF SERVICE**
24, TOWN OF TUXEDO POLICE SERGEANT PATRICK
WELSH, SHIELD NUMBER 17,

       Defendants.

------------------------------------------------------------------------X

STATE OF NEW YORK  )
          ) ss.:
COUNTY OF DUTCHESS )

  SUSAN SAMMUT, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Rhinebeck, New York; that on the 29th day of February, 2008, deponent served a true and correct copy of **a FIRST REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO FRCP 34, INTERROGATORIES PURSUANT TO FRCP 33** pertaining to defendant **DELIA, INTERROGATORIES PURSUANT TO FRCP 33** pertaining to defendant **WELSH, INTERROGATORIES PURSUANT TO FRCP 33** pertaining to defendant **TOWN OF TUXEDO POLICE DEPARTMENT;** and **INTERROGATORIES PURSUANT TO FRCP 33** pertaining to defendant **TOWN OF TUXEDO** in this matter upon:

John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
Attorneys for Defendants
55 Church Street, Suite 211
White Plains, NY 10601

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
SUSAN SAMMUT

Sworn to before me this
29th day of February, 2008.

_____
Notary Public

LEE DAVID KLEIN
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires Oct. 14, 2010

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200