# EXHIBIT N

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF

------------------------------------------------------------------X

ERIC K. MERRING,

                   Plaintiff,

CV NO.:
07 CV 10381 CLB

- against -

THE TOWN OF TUXEDO, NEW YORK, THE TOWN OF TUXEDO POLICE DEPARTMENT, TOWN OF TUXEDO POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER 24, TOWN OF TUXEDO POLICE SERGEANT PATRICK WELSH, SHIELD NUMBER 17,

NOTICE FOR DISCOVERY AND INSPECTION PURSUANT TO CPLR 3120(1)(ii)

                   Defendants.

------------------------------------------------------------------X

PLEASE TAKE NOTICE that the plaintiff seeks permission to inspect the items taken from Mr. Merring, namely the knife and the stick, for the purpose of inspecting, measuring, surveying, photographing, or recording by motion pictures or otherwise, the property premises of plaintiff, namely the knife and the stick, held at the headquarters of the Town of Tuxedo Police Department, on the 15th day of May, 2008, at 10:00 a.m., with a representative of defendant THE TOWN OF TUXEDO POLICE DEPARTMENT and/or counsel present, and with plaintiff and/or a representative of plaintiff and/or counsel present as well.

Dated: Poughkeepsie, New York
       April 22, 2008

_____
LEE DAVID KLEIN, ESQ.
Attorneys for Plaintiff
11 Market Street, Suite 204
Poughkeepsie, New York 12601
845-454-9200

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

TO:
John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
55 Church Street, Suite 211
White Plains, NY 10601

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

2

UNITED STATES DISTRICT COURT     ECF
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERIC K. MERRING,

                         Plaintiff,           CV NO.:
                                                           07 CV 10381 CLB

     - against -                                             CERTIFICATION
THE TOWN OF TUXEDO, NEW YORK, THE TOWN OF   PURSUANT TO
TUXEDO POLICE DEPARTMENT, TOWN OF TUXEDO   SECTION 30-1.1A
POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER   OF THE RULES
24, TOWN OF TUXEDO POLICE SERGEANT PATRICK   OF THE CHIEF
WELSH, SHIELD NUMBER 17,                         ADMINISTRATOR

                       Defendants.

-----------------------------------------------------------------X

         I, LEE DAVID KLEIN, hereby certify that, to the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers, a **NOTICE FOR DISCOVERY AND INSPECTION PURSUANT TO CPLR 3120(1)(ii)** and contents therein, are not frivolous as defined in subsection (c) of Section 130-1.1a.

Dated: Poughkeepsie, New York
        April 23, 2008

                                   _____
                                   LEE DAVID KLEIN, ESQ.
                                   Attorneys for Plaintiff
                                   11 Market Street, Suite 204
                                   Poughkeepsie, New York 12601
                                   845-454-9200

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ERIC K. MERRING,

                       Plaintiff,

    - against -

THE TOWN OF TUXEDO, NEW YORK, THE TOWN OF
TUXEDO POLICE DEPARTMENT, TOWN OF TUXEDO
POLICE OFFICER ANTHONY DELIA, SHIELD NUMBER
24, TOWN OF TUXEDO POLICE SERGEANT PATRICK
WELSH, SHIELD NUMBER 17,

                       Defendants.
-------------------------------------------------------------------------X

ECF

CV NO.:
07 CV 10381 CLB

AFFIDAVIT
OF SERVICE

Assigned to:
Hon. Charles L. Brieant,
United States District Judge

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF DUTCHESS  )

       SUSAN SAMMUT, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Rhinebeck, New York; that on the 2nd day of April, 2008, deponent served a true and correct copy of **a NOTICE FOR DISCOVERY AND INSPECTION PURSUANT TO CPLR 3120(1)(II)** in this matter upon:

John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
Attorneys for Defendants
55 Church Street, Suite 211
White Plains, NY 10601

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
SUSAN SAMMUT

Sworn to before me this
22nd day of April, 2008.

_____
Notary Public

LEE DAVID KLEIN
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires Oct. 14, 20__

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET
SUITE 204
POUGHKEEPSIE
NEW YORK 12601

TEL: (845) 454-9200