EXHIBIT P

## Main Identity

| | |
|---|---|
| From: | <NYSD_ECF_Pool@nysd.uscourts.gov> |
| To: | <deadmail@nysd.uscourts.gov> |
| Sent: | Wednesday, April 02, 2008 10:45 AM |
| Subject: | Activity in Case 7:07-cv-10381-CLB Merring v. The Town Of Tuxedo, New York et al Amended Complaint |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

United States District Court for the Southern District of New York

Notice of Electronic Filing

The following transaction was entered on *4/2/2008* at 10:44 AM EDT and filed on *3/31/2008*
Case Name:          Merring v. The Town Of Tuxedo, New York et al
Case Number:        7:07-cv-10981
Filer:              Eric K. Merring
Document Number:

Docket Text:
AMENDED COMPLAINT amending [1] Complaint against The Town Of Tuxedo, New York, The Town of Tuxedo Police Department, Anthony Delia, Patrick Welsh.Document filed by Eric K. Merring. Related document: [1] Complaint filed by Eric K. Merring.(fk)


7:07-cv-10381 Notice has been electronically mailed to:

John J. Walsh, II jwalsh@hwslaw.com

Lee David Klein lklein@lklein-law.com

7:07-cv-10381 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

*04/02/2008*

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1 008691343 [Date=4/2/2008] [FileNumber=4436280-0j
[6ecc6fd 1966279684 fe6067 4dOa622cf56fc6fe8ad4c5ff423fdc 12d48e5f2730625
f03a9gece3eOcc93f7091940a 78f2ee8639fe8a936e611 dcaaeb98efd48bj]]