# EXHIBIT Q

# ERRATA SHEET

I, ERIC K. MERRING, *have read the transcript of my testimony and would like the following changes:*
(Print Name)

| PAGE | LINE | CHANGE FROM: | CHANGE TO: |
|---|---|---|---|
| 34 | 25 | I OPENED THE CAR DOOR, HE PULLED THE DOOR OPEN. AS ... | YES. |
| 35 | 2-3 | I STEPPED OUT, HE GRABBED MY ARM. PLACE YOUR HANDS ON TOP OF YOUR -- OR ABOVE YOU, ...... | I STEPPED OUT. HE DIRECTED ME TO PUT MY HANDS ABOVE ME, WHICH ID DID. AND ... |
| 35 | 7-8 | HE DIDN'T LIFT ME OUT OF THE SEAT, BUT AS I WAS GETTING OUT, HE HELPED ME, I SHOULD SAY. | NO. |
| 35 | 10-12 | LEFT ARM. I BELIEVE IT WAS MY LEFT --- BECAUSE MY RIGHT ARM WOULD HAVE BEEN BLOCKED BY THE DOOR, SO HE SORT OF GOT AROUND MY OWN DOOR. | NO. |

| 35 | 16 | ABSOLUTELY. | **NO.** |
|---|---|---|---|
| 35-36 | 19-25; 2-5 | I JUST DID. AS I WAS SITTING UP TO GET MY LEG OUT HE GRABBED ME --- NOT BARE ARM, IT WAS MY LEATHER JACKET. HE GRABBED MY ARM AS I WAS COMING OUT. I DON'T EVEN KNOW IF THE DOOR WAS CLOSED AT THAT POINT. THE DOOR MAY BE OPEN AT THAT POINT. HE ASKED ME TO RAISE MY ARMS, WHICH I DID, AND IMMEDIATELY HEW WAS BEHIND ME STARTING TO PAT ME DOWN --- ACTUALLY IN FRONT OF ME FIRST, PATTING MD DOWN THROUGH THE INSIDE OF THE JACKET, DOWN TO MY HIPS ALL AROUND. HE FELT MY HANDGUN ON MY RIGHT HIP AND PROCEEDED TO WITHDRAW IT FORM MY HOLSTER. | **THERE WAS NONE.** |

Subscribed and sworn to before me
this 31st day of March, 2008.

_____          _____
Notary Public                                              Signature

LEE DAVID KLEIN
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires Oct. 14, 20__