**EXHIBIT R**

LEE DAVID KLEIN, ESQ
ATTORNEY AT LAW
11 MARKET STREET, SUITE 204
POUGHKEEPSIE, NEW YORK 12601

TEL: (845) 454-9200
FAX: (845) 454-6612
EMAIL: LKLEIN@LKLEIN-LAW.COM

MEMBER NY AND CT BAR     THIS FIRM DOES NOT ACCEPT SERVICE BY FACSIMILE TRANSMISSION     SUSAN SAMMUT, LEGAL ASSISTANT

March 28, 2008

John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
55 Church Street, Suite 211
White Plains, NY 10601

Re: <u>Eric K. Merring v. the Town of Tuxedo, New York, the Town of Tuxedo Police Department, Town of Tuxedo Police Officer Anthony Delia, Shield Number 24, Town of Tuxedo Police Sergeant Patrick Welsh, Shield Number 17</u>
United States District Court, Southern District of New York
Index Number: 07CV10381

Dear Mr. Walsh:

Pursuant to agreement, enclosed please find for service upon you a copy of plaintiff's AMENDED COMPLAINT, in connection with the above-referenced matter.

I am awaiting responses to Interrogatories and Requests for Documents pursuant to demands served at the end of last month. Pursuant to the Conference Order entered into on January 25th, these Responses are due on March 31st.

Please extend our best wishes to your colleague whose wife is ill.

John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
Page 2

Thank you for your continued courtesies and prompt attention to the foregoing.

Yours truly,

Lee David Klein

LDK:ss
Enclosure
cc:   Client (w/ enclosure)

**LEE DAVID KLEIN, ESQ**
ATTORNEY AT LAW
11 MARKET STREET, SUITE 204
POUGHKEEPSIE, NEW YORK 12601

TEL: (845) 454-9200
FAX: (845) 454-6612
EMAIL: LKLEIN@LKLEIN-LAW.COM

MEMBER NY AND CT BAR

THIS FIRM DOES NOT ACCEPT
SERVICE BY FACSIMILE TRANSMISSION

SUSAN SAMMUT, LEGAL ASSISTANT

April 22, 2008

<u>VIA FACSIMILE TO: 914-304-4335</u>
<u>AND REGULAR MAIL</u>

John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
55 Church Street, Suite 211
White Plains, NY 10601

        Re:    <u>Eric K. Merring v. the Town of Tuxedo, New York, the Town of Tuxedo Police Department, Town of Tuxedo Police Officer Anthony Delia, Shield Number 24, Town of Tuxedo Police Sergeant Patrick Welsh, Shield Number 17</u>
               United States District Court, Southern District of New York
               Index Number: 07CV10381

Dear Mr. Walsh:

    I am writing in connection with the above-referenced matter, in which I acknowledge receipt of your Motion on April 16, 2008, returnable May 16, 2008.

    I am writing to request your consent to an adjournment of the return date for the following reasons:

1.    I am still awaiting responses to the Request for Production of Documents and Interrogatories served upon you on February 29, 2008, which responses were due on or before March 31, 2008. I believe I am entitled to have this information and documentation, as such information and documentation would be pertinent in responding to your Motion.

John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
Page 2

2. I am enclosing a formal demand for inspection for an opportunity for my client, Mr. Merring, my Private Investigator, Kenneth Massaria, and I to inspect and photograph the items taken from Mr. Merring, namely the knife and the stick, reiterating my requests made of you in my correspondence of March 12, 2008, to which I have had no response. I would like this inspection to take place at a point in time so that I may be able to incorporate the observations made there in the context of a Motion. As you made no response to my correspondence, I am enclosing a formal demand.

3. Given my current family, holiday, and Court obligations, I shall need additional time.

Upon your receipt and review, please contact me to discuss the same, or, at the very least, provide me the courtesy of a substantive response.

Thank you for your continued courtesies.

Yours truly,

Lee David Klein

LDK:ss
Enclosures (via regular mail only)
cc:   Client (w/ enclosures)

Case 7:07-cv-10381-CS    Document 18-18    Filed 07/07/2008    Page 6 of 12

# HP LaserJet 3390
# Fax Call Report



LAW OFFICES
845-454-6612
Apr-22-2008    14:06

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 4095 | 4/22/2008 | 14:04:31 | Send | 19143044335 | 1:49 | 3 | OK |

LEE DAVID KLEIN, ESQ.
ATTORNEY AT LAW
11 MARKET STREET, SUITE 204
POUGHKEEPSIE, NEW YORK 12601

TEL.(845)454-9200
FAX(845)454-6612
Email: LKlein@LKlein-law.com

Member NY and CT Bar        THIS FIRM DOES NOT ACCEPT        Susan Sammut, Legal Assistant
                            SERVICE BY FACSIMILE TRANSMISSION

**FACSIMILE COVER SHEET**

TO:              John Walsh, Esq.

Firm or Company:  Hodges, Walsh & Slater, LLP

FROM:            LEE DAVID KLEIN, ESQ.

DATE:            April 22, 2008

FAX TO #:        914-304-4335

FILE NO.:

OUR FILE NAME:   Merring, Eric

Transmission will consist of: __3__ pages, including this page.

RE:

(If you are experiencing problems receiving this transmission, please call (845) 454-9200 and speak to Suzy.)

**CONFIDENTIALITY NOTE**
THE DOCUMENTS WHICH COMPRISE THE FOLLOWING FAX TRANSMISSION CONTAIN INFORMATION FROM THE LAW FIRM OF LEE DAVID KLEIN, ESQ. WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE INDIVIDUAL NAMED ON THIS COVER SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OF THE TAKING OF ANY ACTION PURSUANT TO OR AS A RESULT OF THE CONTENTS OF THIS FAX TRANSMISSION IS STRICTLY PROHIBITED, AND THE DOCUMENTS SHOULD BE RETURNED TO THIS FIRM IMMEDIATELY. ACCORDINGLY, IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THIS OFFICE BY TELEPHONE IMMEDIATELY.

**LEE DAVID KLEIN, ESQ.**
ATTORNEY AT LAW
11 MARKET STREET, SUITE 204
POUGHKEEPSIE, NEW YORK 12601
-----
TEL.(845)454-9200
FAX(845)454-6612
Email: LKlein@LKlein-law.com

Member NY and CT Bar    THIS FIRM DOES NOT ACCEPT    Susan Sammut, Legal Assistant
SERVICE BY FACSIMILE TRANSMISSION

## FACSIMILE COVER SHEET

TO:   John Walsh, Esq.

Firm or Company:   Hodges, Walsh & Slater, LLP

FROM:   LEE DAVID KLEIN, ESQ.

DATE:   April 22, 2008

FAX TO #:   914-304-4335

FILE NO.:

OUR FILE NAME:   Merring, Eric

Transmission will consist of: __3__ pages, including this page.

RE:

(If you are experiencing problems receiving this transmission, please call (845) 454-9200 and speak to Suzy.)

**CONFIDENTIALITY NOTE**
THE DOCUMENTS WHICH COMPRISE THE FOLLOWING FAX TRANSMISSION CONTAIN INFORMATION FROM THE LAW FIRM OF *LEE DAVID KLEIN, ESQ.* WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE INDIVIDUAL NAMED ON THIS COVER SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OF THE TAKING OF ANY ACTION PURSUANT TO OR AS A RESULT OF THE CONTENTS OF THIS FAX TRANSMISSION IS STRICTLY PROHIBITED, AND THE DOCUMENTS SHOULD BE RETURNED TO THIS FIRM IMMEDIATELY. ACCORDINGLY, IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THIS OFFICE BY TELEPHONE IMMEDIATELY.

**LEE DAVID KLEIN, ESQ**
ATTORNEY AT LAW
11 MARKET STREET, SUITE 204
POUGHKEEPSIE, NEW YORK 12601

TEL: (845) 454-9200
FAX: (845) 454-6612
EMAIL: LKLEIN@LKLEIN-LAW.COM

MEMBER NY AND CT BAR              THIS FIRM DOES NOT ACCEPT
                                  SERVICE BY FACSIMILE TRANSMISSION              SUSAN SAMMUT, LEGAL ASSISTANT

May 1, 2008

**VIA FACSIMILE TO: 914-304-4335**
**AND REGULAR MAIL**

John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
55 Church Street, Suite 211
White Plains, NY 10601

        Re:    **Eric K. Merring v. the Town of Tuxedo, New York, the Town of Tuxedo**
                **Police Department, Town of Tuxedo Police Officer Anthony Delia,**
                **Shield Number 24, Town of Tuxedo Police Sergeant Patrick Welsh,**
                **Shield Number 17**
                United States District Court, Southern District of New York
                Index Number: 07CV10381
                Motion Return Date: May 16, 2008, at 10:00 a.m.

Dear Mr. Walsh:

      I am writing to follow up our telephone conversation of April 29, 2008, regarding the above-referenced matter.

      You had made a Motion pertaining to the issue of qualified immunity, with a return date of May 16th. I have requested your consent to an adjournment of the return date of one (1) month, to and including June 16, 2008, to which you consented. We shall notify the Court accordingly and copy you on any such necessary correspondence.

John J. Walsh, Esq.
Hodges, Walsh & Slater, LLP
Page 2

You also indicated that you would review our Request for Documents and Interrogatories served on February 29, 2008, in connection with which responses were due on or before March 31, 2008, and provide responses accordingly. I look forward to receiving the same.

Additionally, we discussed an opportunity for my Private Investigator, Kenneth Massaria, Mr. Merring and I to inspect to the items of personal property taken from him on December 4, 2006, namely the knife and the stick, which as I understand are still in the custody of the Town of Tuxedo Police Department.

My understanding is that you will have someone advise of some possible dates and times so that we may arrive at a mutually convenient date and time for such purpose.

I look forward to hearing from you in the very near future regarding the foregoing.

Thank you for your continued courtesies. Please extend our condolences for your colleague, Paul Svensson, Esq., on the loss of Mrs. Svensson.

Yours truly,

Lee David Klein

LDK:ss
cc:   Mr. Kenneth Massaria
      Client

# HP LaserJet 3390
# Fax Call Report



LAW OFFICES
845-454-6612
May-1-2008    13:49

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 4178 | 5/ 1/2008 | 13:47:36 | Send | 19143044335 | 1:49 | 3 | OK |

LEE DAVID KLEIN, ESQ.
ATTORNEY AT LAW
11 MARKET STREET, SUITE 204
POUGHKEEPSIE, NEW YORK 12601

TEL.(845)454-9200
FAX(845)454-6612
Email: LKlein@LKlein-law.com

Member NY and CT Bar        THIS FIRM DOES NOT ACCEPT        Susan Sammut, Legal Assistant
                            SERVICE BY FACSIMILE TRANSMISSION

**FACSIMILE COVER SHEET**

TO:                John Walsh, Esq.

Firm or Company:   Hodges, Walsh & Slater, LLP

FROM:              LEE DAVID KLEIN, ESQ.

DATE:              May 1, 2008

FAX TO #:          914-304-4335

FILE NO.:

OUR FILE NAME:     Merring, Eric

Transmission will consist of: __3__ pages, including this page.

RE:

(If you are experiencing problems receiving this transmission, please call (845) 454-9200 and speak to Suzy.)

CONFIDENTIALITY NOTE
THE DOCUMENTS WHICH COMPRISE THE FOLLOWING FAX TRANSMISSION CONTAIN INFORMATION FROM THE LAW FIRM OF LEE DAVID KLEIN, ESQ. WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE INDIVIDUAL NAMED ON THIS COVER SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION PURSUANT TO OR AS A RESULT OF THE CONTENTS OF THIS FAX TRANSMISSION IS STRICTLY PROHIBITED, AND THE DOCUMENTS SHOULD BE RETURNED TO THIS FIRM IMMEDIATELY. ACCORDINGLY, IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THIS OFFICE BY TELEPHONE IMMEDIATELY.

# HP LaserJet 3390
# Fax Call Report



LAW OFFICES
845-454-6612
May-1-2008    13:58

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 4181 | 5/ 1/2008 | 13:56:26 | Send | 19143044335 | 1:53 | 4 | OK |

---

**LEE DAVID KLEIN, ESQ.**
ATTORNEY AT LAW
11 MARKET STREET, SUITE 204
POUGHKEEPSIE, NEW YORK 12601
-----
TEL (845)454-9200
FAX(845)454-6612
Email: LKlein@LKlein-law.com

Member NY and CT Bar        THIS FIRM DOES NOT ACCEPT        Susan Sammut, Legal Assistant
                            SERVICE BY FACSIMILE TRANSMISSION

**FACSIMILE COVER SHEET**

TO:    John Walsh, Esq.

Firm or Company:    Hodges, Walsh & Slater, LLP

FROM:    LEE DAVID KLEIN, ESQ.

DATE:    May 1, 2008

FAX TO #:    914-304-4335

FILE NO.:

OUR FILE NAME:    Merring, Eric

Transmission will consist of:    3    pages, including this page.

RE:

(If you are experiencing problems receiving this transmission, please call (845) 454-9200 and speak to Suzy.)

**CONFIDENTIALITY NOTE**
THE DOCUMENTS WHICH COMPRISE THE FOLLOWING FAX TRANSMISSION CONTAIN INFORMATION FROM THE LAW FIRM OF LEE DAVID KLEIN, ESQ. WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE INDIVIDUAL NAMED ON THIS COVER SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OF THE TAKING OF ANY ACTION PURSUANT TO OR AS A RESULT OF THE CONTENTS OF THIS FAX TRANSMISSION IS STRICTLY PROHIBITED, AND THE DOCUMENTS SHOULD BE RETURNED TO THIS FIRM IMMEDIATELY. ACCORDINGLY, IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THIS OFFICE BY TELEPHONE IMMEDIATELY.

**LEE DAVID KLEIN, ESQ.**
ATTORNEY AT LAW
11 MARKET STREET, SUITE 204
POUGHKEEPSIE, NEW YORK 12601

-----

TEL.(845)454-9200
FAX(845)454-6612
Email: LKlein@LKlein-law.com

Member NY and CT Bar          THIS FIRM DOES NOT ACCEPT          Susan Sammut, Legal Assistant
                              SERVICE BY FACSIMILE TRANSMISSION

## FACSIMILE COVER SHEET

TO:              John Walsh, Esq.

Firm or Company:   Hodges, Walsh & Slater, LLP

FROM:            LEE DAVID KLEIN, ESQ.

DATE:            May 1, 2008

FAX TO #:        914-304-4335

FILE NO.:

OUR FILE NAME:   Merring, Eric

Transmission will consist of:  __3__  pages, including this page.

RE:

(If you are experiencing problems receiving this transmission, please call (845) 454-9200 and speak to Suzy.)

**CONFIDENTIALITY NOTE**
THE DOCUMENTS WHICH COMPRISE THE FOLLOWING FAX TRANSMISSION CONTAIN INFORMATION FROM THE LAW FIRM OF *LEE DAVID KLEIN, ESQ.* WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE INDIVIDUAL NAMED ON THIS COVER SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OF THE TAKING OF ANY ACTION PURSUANT TO OR AS A RESULT OF THE CONTENTS OF THIS FAX TRANSMISSION IS STRICTLY PROHIBITED, AND THE DOCUMENTS SHOULD BE RETURNED TO THIS FIRM IMMEDIATELY. ACCORDINGLY, IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THIS OFFICE BY TELEPHONE IMMEDIATELY.