**EXHIBIT S**



**TUXEDO AUTO BODY, INC.**
COMPLETE COLLISION REPAIR
Route 17   P.O. Box 155
SOUTHFIELDS, NEW YORK 10975
(914) 351-5261

| DATE | TIME | A.M. P.M. | REQUESTED BY |
|---|---|---|---|
| 12/4/06 | | | |

LOCATION OF VEHICLE

NAME: MARRIN

PHONE:

ADDRESS:                                               ZIP:

| MILEAGE | SERVICE TIME | EXTRA PERSON |
|---|---|---|
| FINISH | FINISH | FINISH |
| START | START | START |
| TOTAL | TOTAL | TOTAL |

| YEAR | MAKE / MODEL / COLOR | DRIVER |
|---|---|---|
| 87 | CAD wg | |

STATE   LIC. NO.   VEHICLE I.D. NO.

- [ ] SLING/HOIST TOW
- [ ] WHEEL LIFT
- [ ] FLAT BED/RAMP
- [ ] START
- [ ] LOCK OUT

- [ ] FLAT TIRE
- [ ] OUT OF GAS
- [ ] WRECK
- [ ] RECOVERY

**SPECIAL EQUIPMENT**
- [ ] SINGLE LINE WINCHING
- [ ] DUAL LINE WINCHING
- [ ] SNATCH BLOCKS
- [ ] SCOTCH BLOCKS
- [ ] DOLLY

VEHICLE TOWED TO:

REMARKS: Impound Tow

| | |
|---|---|
| MILEAGE CHARGE | |
| TOWING CHARGE | 100.00 |
| LABOR CHARGE | |
| STORAGE CHARGE | |
| TX | 8.13 |
| TOTAL | 108.13 |

OPERATOR'S SIGNATURE
AUTHORIZED SIGNATURE

**Road Service**

1862                NEBS  To Reorder Call 1-800-225-6380        PRODUCT 613   F