# EXHIBIT T

STATE OF NEW YORK                                    COUNTY OF ORANGE

TOWN           COURT                                 TOWN      of TUXEDO

Defendant: NA                                        Alleged Victim: NA
(Relationship to alleged victim)                     (Relationship to defendant)

THE PEOPLE OF THE STATE OF NEW YORK
-- VS.--                       Date of Birth         **INFORMATION**
ERIC K MERRING                 12/03/1969
                               Defendant(s)

### ACCUSATION

BE IT KNOWN THAT, by this INFORMATION, A DELIA,
as the Complainant herein, STATIONED at TUXEDO TOWN POLICE DEPT.,
accuses the above mentioned Defendant(s), with having committed the MISDEMEANOR,
of CRIM POSS WEAP - 4TH DEG in violation of Section 265.01,
Subdivision ____ of the PENAL Law of the State of New York.
That on or about 12/04/2006 at about 09:08 AM
in the TOWN of TUXEDO, County of ORANGE, the defendant(s)

A PERSON IS GUILTY OF CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE WHEN: (1) HE POSSESSES ANY FIREARM, ELECTRONIC DART GUN, ELECTRONIC STUN GUN, GRAVITY KNIFE, SWITCHBLADE KNIFE, PILUM BALLISTIC KNIFE, METAL KNUCKLE KNIFE, CANE SWORD, BILLY, BLACKJACK, BLUDGEON, METAL KNUCKLES, CHUKA STICK, SAND BAG, SANDCLUB, WRIST-BRACE TYPE SLINGSHOT OR SLUNGSHOT, SHIRKEN OR "KUNG FU" STAR.

### FACTS

AT THE AFOREMENTIONED DATE AND PLACE THE DEFENDANT DID IN FACT POSSESS A GRAVITY KNIFE IN HIS LEFT FRONT POCKET OF HIS JEANS, AS WELL AS A BILLY CLUB UNDER THE FRONT PASSENGER SEAT OF HIS VEHICLE. ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASE MADE AND PROVIDED.

The above allegations of fact are made by the Complainant herein on direct knowledge and/or upon information and belief, with the sources of Complainant's information and the grounds for belief being the facts contained in the attached SUPPORTING DEPOSITION(s) of:

WHEREFORE, Complainant prays that a Warrant be issued for the arrest of the said Defendant(s).
--OR--
WHEREAS, an Appearance Ticket was issued to the said Defendant, directing him to appear before this court at 04:30 PM on DECEMBER 28, 2006

### NOTICE

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. (PL 210.45)

Affirmed under penalty of perjury
this 4th day of DECEMBER, 2006                       _Anthony D'Elia_ (signature)
                                                     COMPLAINANT -
--OR--
Subscribes and sworn to before me this ____ day of
_____, 20 ____