# EXHIBIT U

New York State - Department of Motor Vehicles
**UNIFORM TRAFFIC TICKET**

**MDT200533K**
To be completed by Police Officer and given to Motorist

POLICE AGENCY: TOWN OF TUXEDO POLICE
Local Police Code: 03565

| Field | Value |
|---|---|
| Last Name (Defendant) | MERRING |
| First Name | ERIC |
| MI | K |
| Number and Street | 343 BOB HOLLOWAY RD |
| Apt. No. | |
| Photo Lic Shown | ● |
| City | DELANCEY |
| State | NY |
| Zip Code | 13752 |
| Owner Oper. | ● |
| Lic. Class | D |
| Client ID Number | 703839998 |
| Sex | M |
| Date Expires | 12/03/2011 |
| Lic. State | NY |
| Date of Birth | 12/03/1969 |
| Veh. Type | 1 |
| Year | 1987 |
| Make | CADI |
| Color | MR |
| Plate Number | CSE5066 |
| Reg. State | NY |
| Registration Expires | 01/19/2008 |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Field | Value |
|---|---|
| Time | 9:03 AM |
| Date of Offense | 12/04/2006 |
| IN VIOLATION OF | NYS V AND T LAW |
| Section Sub Section | 1180B |
| Tr Inf | ● |
| Misd | ○ |
| MPH | 72 |
| MPH Zone | 55 |
| Description of Violation | SPEED OVER 55 ZONE |
| US DOT# | |
| Com Veh / Bus / Haz Mat | ○ ○ ○ |
| Place of Occurrence | RT 17 S/B |
| Hwy No | 17 |
| Loc Code | 3665 |
| C/T/V Name | TUXEDO, TOWN OF - 3665 |
| County | ORANGE |
| Hwy Type | 2 |
| NCIC/ORI | 03565 |

AFFIRMED UNDER PENALTY OF PERJURY
Date Affirmed: 12/04/2006    Off Assign: 1
(Officer's Signature)
Arrest Type: 1 - PATROL
Badge/Shield: 0024
Officer's Last Name: DELIA    First Name: A

Radar Officer's Signature

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW

TUXEDO TOWN COURT
Address: 1 TEMPLE DRIVE BOX 605
City: TUXEDO    State: NY    Zip: 10987

● RETURN BY MAIL BEFORE OR IN PERSON ON:
○ MUST APPEAR IN PERSON
Date: 01/11/2007    Time: 4:30 PM

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Upon conviction you may be subject to a mandatory surcharge in the amount prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

---

**TO PLEAD BY MAIL (NOT TO BE USED FOR MISDEMEANORS)**

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket:
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):
_____

All statements are made under penalty of perjury:
Date: _____    Signed: _____

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?
Yes ○    No ○

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?    NO ○
SPEEDING (Gen 101) ○
GENERAL (Gen 101A) ○

Signature _____
Address _____
City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your trial date.

**APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____
Address _____
City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.