**EXHIBIT V**

2007 JAN 16 PM 1:41

DELAWARE COUNTY CLERK

At a Special Term of the County Court of the State of New York held in and for the County of Delaware at Delhi, NY, on January 16, 2007.

PRESENT: Hon. Carl F. Becker

In the Matter of the License to Carry or Possess Pistols and Revolvers of

ERIC K. MERRING

ORDER SUSPENDING LICENSE

INDEX NO. 2007 - 06S

A License pursuant to Section 400.00 of the Penal Law having heretofore been issued by the Court on April 12, 1988, bearing No. 9413, and it appearing that there is good cause to suspend such License because Eric K. Merring was arrested on December 4, 2006, and arraigned in the Town Court of the Town of Tuxedo, New York, on the charge of Criminal Possession of a Weapon in the 4th Degree, in violation of Section 265.01(01) of the Penal Law of the State of New York;

NOW, THEREFORE, it is

ORDERED, that the License of Eric K. Merring to possess or carry a pistol or revolver is hereby SUSPENDED, effective immediately, pending disposition of the above charge and further Order of this Court; and it is further

ORDERED, that the said Eric K. Merring is hereby DIRECTED to deliver into the possession of the Delaware County Sheriff, or the New York State Police, immediately upon request of a Police Officer, or if no such request is made, then at or before 5:00 o'clock P.M. on the third day following the date of delivery to him of a copy of this Order, the following:

1. His License to carry or possess a pistol or revolver; and

2. Any and all pistols or revolvers which are currently in the possession or control of the said Eric K. Merring and which are not antique firearms as defined in the Penal Law of the State of New York.

ENTER

Carl F. Becker, JCC

DATED: Delhi, New York
January 16, 2007

| Make | Caliber | Serial Number |
|---|---|---|
| Kimber | 45 ACP | Serial No. K062146 |
| H&R | 22/22MA | Serial No. AY049407 |
| S&W | 9mm | Serial No. TDH9044 |
| Ruger | 22/22MA | Serial No. 261-80682 |
| Ruger | 357 MAG | Serial No. 172-69114 |
| Ruger | 44 | Serial No. 500-88105 |
| S&W | 45 ACP | Serial No. VBS7971 |
| Davis | 38 SPL | Serial No. D112514 |
| Beretta | 22LR | Serial No. BES21780U |
| Ruger | 22 | Serial No. 263-36434 |
| Walther | 380 | Serial No. S037498 |
| Colt | 357 MAG | Serial No. T69718 |
| S&W | 357 MAG | Serial No. 143K800 |
| S&W | 44 MAG | Serial No. N311202 |
| Interarms | 22LR | Serial No. HOO1515 |
| Colt | 357 MAG | Serial No. K40292 |
| Ruger | 357 MAG | Serial No. 173-64507 |