**EXHIBIT W**

At a Special Term of the County Court of the State of New York held in and for the County of Delaware at Delhi, NY, on February 27, 2007

PRESENT: Hon. Carl F. Becker

In the Matter of the License to Carry or Possess Pistols and Revolvers of

ERIC K. MERRING

ORDER REINSTATING LICENSE

INDEX NO. 2007-065

On April 12, 1988, a License pursuant to Section 400.00 of the Penal Law was issued to Eric K. Merring. On December 4, 2006, Mr. Merring was arrested and arraigned in the Tuxedo Town Court on a charge of Criminal Possession of a Weapon in the 4th Degree, in violation of Section 265.01(01) of the Penal Law of the State of New York.

By Order dated January 16, 2007, Mr. Merring's License to carry a handgun was suspended by this Court pending disposition of the charge and further Order of this Court, and a Certificate of Disposition, dated February 5, 2007, having been received by this Court from the Tuxedo Town Court indicating said charge has been dismissed;

NOW, THEREFORE, it is

ORDERED, that the Order, dated January 16, 2007, which suspended License No. 9413, issued to Eric K. Merring, be, and the same hereby is, VACATED.

ENTER

_____
Carl F. Becker, JCC

DATED: February 27, 2007
Delhi, NY