# EXHIBIT X

NEW YORK STATE
**OFFICE OF CHILDREN AND FAMILY SERVICES**
CHILD ABUSE AND MALTREATMENT REGISTER
P.O. BOX 4480, ALBANY, NY 12204-0480


Gladys  Carrion
**Commissioner**

                    May        19,2008
                    Re: Case !D 22331546 Intake
                    Stage ID: 24540086 Date of
                    Intake : 12117/2007

Eric Merring
343 Bob Holloway Rd
Delancey, NY 13752-2149


Dear Eric Merring:

Recently you were notified of the existence of a report of suspected cbild abuse or maltreatment under the above Case !D. The original notification explained that the matter was under investigation.

We can now inform you that as a result of the assessment made by the local cbild protective service, no credible evidence was found to believe that the child(ren) has been abused or maltreated. Therefore, the report has been determined "unfounded" .


In accordance with the Section 422(5) of the Social Services Law, all information that in any way would identify persons named in this report has been legally sealed from the New York State Child Abuse and Maltreatment Register (State Central Register). The local child protective service has also been notified to legally seal all identifying information from the local Child Abuse and Maltreatment Register.

Please note: If you had previously been informed by the local Department of Social Services that a different report under the above referenced Case ID had been "indicated", then that report will remain on record with the State Central Register. Additionally the sealing of this particular report will not affect any eligibility for services you may be currently receiving as a result of being the subject or an other person named in a previously indicated report.

An "unfounded" report will remain legally sealed and may only be made available under limited circumstances including: to a local child protective service or State agency investigating a subsequent report of abuse or maltreatment involving the same subject of the report, or child named in the legally sealed unfounded report, or the child's sibling; or to the subject of the report where the subject requests access to the unfounded report. Legally sealed "unfounded" reports will be expunged 10 years after the receipt of the report.

The expungement of information is done routinely and does oot require any action by you. However, if you have any questions concerning this letter please contact the New York State Child Abuse and Maltreatment Register and provide the Case ID and Intake Stage ID given in the upper right-band comer of this letter.


                    Sincerely,

                    Jeanne Sample, Director
                    State Centtal Register
                    Division of Development
                    and Prevention Services