EXHIBITY



*Edward A. Diana*
*County Executive*

**DEPARTMENT OF SOCIAL SERVICES**

**David Jolly**
Commissioner
Box Z. Quarry Road
Goshen, NY 10924
TEL (845) 291-4000 FAX (845) 291-4338
www.orangecountygov.com

May 21, 2008

Eric Merring 12/3/069
343 Bob Holloway Road
Delancey, NY 13752-2149

Dear Mr. Eric Merring,

As requested, this letter is to inform you that the Orange County, New York Child Protective Services completed it's investigation on May 5, 2008. It was recommended that the allegations of child safety issues be unfounded.

This recommendation was forwarded to the New York State Child Abuse and Maltreatment Registry in Albany, NY



Cassandra Clarke
Sr. Caseworker